---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an amended filing

---

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LLP/Horizonte Investments, LLC)** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | asf Horizonte Investments, L.L.C.; asf R R Rental Service, L.L.P. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 5   6  –  2   4   5   9   6   2   0 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **226 Las Palmas Road**<br>Number    Street | **P.O. Box 812**<br>Number    Street |
| | P.O. Box |
| **Zapata**      **TX**   **78076**<br>City      State   ZIP Code | **Zapata**      **TX**   **78076**<br>City      State   ZIP Code |
| **Zapata**<br>County | Location of principal assets, if different from principal place of business |
| | Number    Street |
| | City      State   ZIP Code |

5. Debtor's website (URL)   _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LLP/H**       Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.   NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/

____ ____ ____ ____

| | |
|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** |

☒ No

☐ Yes.  District _____   When _____   Case number _____
                                                                    MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
                                                            MM / DD / YYYY

District _____   When _____   Case number _____
                                                            MM / DD / YYYY

Debtor  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LLP/H**    Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. |

List all cases. If more than 1, attach a separate list.

Debtor _____    Relationship _____

District _____    When _____
                                          MM / DD / YYYY

Case number, if known _____

Debtor _____    Relationship _____

District _____    When _____
                                          MM / DD / YYYY

Case number, if known _____

**11.  Why is the case filed in *this district*?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                                       Number      Street

_____

_____    _____    _____
City                                        State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

| | |
|---|---|
| ███████ | **Statistical and adminstrative information** |

**13.  Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor __Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LLP/H__   Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| | | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| | | ☐ 200-999 | | | |
| **15.** | **Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |
| **16.** | **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

## Part X:   Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/17/2016__
             MM / DD / YYYY

X __/s/ Roberto Lopez__          __Roberto Lopez__
   Signature of authorized representative of debtor    Printed name

Title __President__

**18.  Signature of attorney**

X __/s/ Adolfo Campero, Jr.__          Date __05/17/2016__
   Signature of Attorney for Debtor            MM / DD / YYYY

__Adolfo Campero, Jr.__
Printed name

__Campero & Associates, P.C.__
Firm Name

__315 Calle Del Norte, Suite 207__
Number       Street

_____

__Laredo__                    __TX__      __78041__
City                          State       ZIP Code

Contact phone __(956) 796-0330__     Email address __acampero@camperolaw.com__

__00793454__                      _____
Bar number                        State

# HAWK OILFIELD SERVICE, INC

## PROFIT LOSS

### FOR THE YEAR ENDING DECEMBER 31, 2015

| | |
|---|---:|
| **Income** | |
| Oil Field Service Income | 8,683,309 |
| Other Income | 182,234 |
| **Total Income** | 8,865,543 |
| | |
| **Cost of Goods Sold** | |
| Freight | 1,577 |
| Fuel for Hired Vehicles | 504,901 |
| Lodging Expenses | 10,853 |
| Oil Field Materials and Supplies | 625,235 |
| Parts | 49,778 |
| Subcontractors | 1,690,708 |
| Truck Maintenance Costs | 191,117 |
| **Total COGS** | 3,074,168 |
| | |
| **Gross Profit** | 5,791,375 |
| | |
| **Expense** | |
| Advertising | 8,462 |
| Automobile Expense | 14,586 |
| Bank Service Charges | 47,742 |
| Billing Expense | 168,107 |
| Collections Expense | 83,712 |
| Computer and Internet Expenses | 80,825 |
| Distribution Expense | 4,394 |
| Depreciation Expense | 233,778 |
| Donations Expense | 6,642 |
| Employee Leasing | 2,613,301 |
| Equipment Rental | 144,070 |
| Fines Expense | 801 |
| Insurance Expense | 313,337 |
| Interest Expense | 106,759 |
| Lease Expense | 12,571 |
| License & Permits | 17,677 |
| Management Fee | 944,659 |
| Meals and Entertainment | 73,836 |

# HAWK OILFIELD SERVICE, INC

## PROFIT LOSS

### FOR THE YEAR ENDING DECEMBER 31, 2015

| | |
|---|---:|
| Medical Expense | 17,622.87 |
| Office Supplies | 10,770 |
| Pest Control Expense | 677 |
| Postage & Delivery | 329 |
| Professional Fees | 72,342 |
| Rent Expense | 130,090 |
| Repairs and Maintenance | 99,023 |
| Safety Expenses | 15,072 |
| Security | 2,590 |
| Supplies | 5,344 |
| Taxes | 71,919 |
| Telephone Expense | 117,899 |
| Training Expense | 5,076 |
| Uniforms | 44,204 |
| Utilities | 39,535 |
| Total Expense | 5,507,749 |
| | |
| Net Income | 283,626 |

# HAWK OILFIELD SERVICE, INC
## BALANCE SHEET
### AS OF DECEMBER 31, 2015

**Assets:**

**Current Assets**

| | |
|---|---|
| Cash and Equivalents | 87,193 |
| **Total Current Assets** | 87,193 |

**Fixed Assets**

| | |
|---|---|
| Furniture & Fixtures | 5,165 |
| Automobile | 1,912,344 |
| Machinery & Equipment | 1,646,414 |
| Mobile Homes | 25,000 |
| Office Equipment | 6,500 |
| Tractors and Trailers | 212,241 |
| Accumulated Deprecation | (1,806,348) |
| **Total Fixed Assets** | 2,001,316 |

**Land**

| | |
|---|---|
| Dilley | 246,078 |
| Bell Camp | 59,500 |
| **Total Land** | 305,578 |

**Other Assets**

| | |
|---|---|
| Due from Horizonte | 324,404 |
| Due from RR Equipment Rental | 1,899,512 |
| **Total Other Assets** | 2,223,916 |
| **Total Assets** | 4,618,003 |

# HAWK OILFIELD SERVICE, INC

## BALANCE SHEET

### AS OF DECEMBER 31, 2015

**Liabilities:**

**Current Liabilities**

| | |
|---|---|
| Recourse Factoring Obligations | 3,467,198 |
| **Total Current Liabilities** | 3,467,198 |

**Long Term Liabilities**

| | |
|---|---|
| Long Term Liabilities | 1,485,571 |
| **Total Long Term Liabilities** | 1,485,571 |

**Equity**

| | |
|---|---|
| Capital | 1,000 |
| Paid in Capital | |
| Retained Earnings | (2,137,604) |
| Adj to RE | 1,518,212 |
| Net Income | 283,626 |
| **Total Equity** | (334,766) |
| **Total Liabilities and Equity** | 4,618,003 |

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► Information about Form 1120S and its separate instructions is at *www.irs.gov/form1120s.*

OMB No. 1545-0123

**2015**

For calendar year 2015 or tax year beginning _____, 2015, ending _____

| A S election effective date | 01/01/07 | TYPE OR PRINT | Name Hawk Oil Field Service , Inc. | | D Employer identification number |
|---|---|---|---|---|---|
| B Business activity code number (see instrs) | 213110 | | Number, street, and room or suite no. If a P.O. box, see instructions. PO Box 812 | | ___9620 |
| | | | | | E Date incorporated 05/20/04 |
| C Check if Schedule M-3 attached ☐ | | | City or town, state or province, country, and ZIP or foreign postal code Zapata          TX  78076 | | F Total assets (see instructions) $  4,618,003. |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change
**(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ► 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### INCOME

| | | | |
|---|---|---|---|
| **1a** Gross receipts or sales | **1a** 8,683,309. | | |
| **b** Returns and allowances | **1b** | | |
| **c** Balance. Subtract line 1b from line 1a | | **1c** | 8,683,309. |
| **2** Cost of goods sold (attach Form 1125-A) | | **2** | |
| **3** Gross profit. Subtract line 2 from line 1c | | **3** | 8,683,309. |
| **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | 182,234. |
| **5** Other income (loss) (see instrs — att statement) | | **5** | |
| **6** **Total income (loss).** Add lines 3 through 5 ► | | **6** | 8,865,543. |

### DEDUCTIONS (SEE INSTRS)

| | | | |
|---|---|---|---|
| **7** Compensation of officers (see instructions - attach Form 1125-E) | | **7** | |
| **8** Salaries and wages (less employment credits) | | **8** | |
| **9** Repairs and maintenance | | **9** | 99,023. |
| **10** Bad debts | | **10** | |
| **11** Rents | | **11** | 162,378. |
| **12** Taxes and licenses | | **12** | 89,596. |
| **13** Interest | | **13** | 106,759. |
| **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 233,778. |
| **15** Depletion **(Do not deduct oil and gas depletion.)** | | **15** | |
| **16** Advertising | | **16** | 8,462. |
| **17** Pension, profit-sharing, etc, plans | | **17** | |
| **18** Employee benefit programs | | **18** | |
| **19** Other deductions (attach statement) . . . . . . STMT | | **19** | 7,783,275. |
| **20** **Total deductions.** Add lines 7 through 19 ► | | **20** | 8,483,271. |
| **21** **Ordinary business income (loss).** Subtract line 20 from line 6 | | **21** | 382,272. |

### TAX AND PAYMENTS

| | | | |
|---|---|---|---|
| **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| **b** Tax from Schedule D (Form 1120S) | **22b** | | |
| **c** Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| **23a** 2015 estimated tax payments and 2014 overpayment credited to 2015 | **23a** | | |
| **b** Tax deposited with Form 7004 | **23b** | | |
| **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| **d** Add lines 23a through 23c | | **23d** | |
| **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | **24** | |
| **25** **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| **26** **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| **27** Enter amount from line 26 **Credited to 2016 estimated tax** ►      Refunded ► | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _[signature]_   Signature of officer         Date         Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name Alejandro Riojas | Preparer's signature Alejandro Riojas | Date 05/16/16 | Check ☐ if self-employed | PTIN P01220629 |
|---|---|---|---|---|
| Firm's name ► BRISENO & ASSOCIATES INC | | | Firm's EIN ► ___7600 | |
| Firm's address ► 416 Shiloh Dr Suite A1 LAREDO                    TX 78045 | | | Phone no. (956) 753-5622 | |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**        SPSA0112  08/13/15        Form **1120S** (2015)

Form **1120S** (2015)   Hawk Oil Field Service , Inc.                                9620          Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1** Check accounting method: **a** ☒ Cash **b** ☐ Accrual **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

**a** Business activity. ▶ Land Clearing _____ **b** Product or service. ▶ Service - site prep. _____

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . . → X

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below. → X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below → X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . → X

If 'Yes,' complete lines (i) and (ii) below.

(i) Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . ▶ _____

(ii) Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . ▶ _____

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . → X

If 'Yes,' complete lines (i) and (ii) below.

(i) Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . ▶ _____

(ii) Total shares of stock outstanding if all instruments were executed . . . . . . . . . ▶ _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . → X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized

built-in gain from prior years (see instructions) . . . . . . . . . ▶$ _____

**9** Enter the accumulated earnings and profits of the corporation at the end of the tax year. . . . . . . $ _____

**10** Does the corporation satisfy **both** of the following conditions?

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 . . . . . . . . . . .

**b** The corporation's total assets at the end of the tax year were less than $250,000 . . . . . . . . . . . . . → X

If 'Yes,' the corporation is not required to complete Schedules L and M-1.

**11** During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . → X

If 'Yes,' enter the amount of principal reduction . . . . . . . . . . . . . $ _____

**12** During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes,' see instructions . . . . → X

**13 a** Did the corporation make any payments in 2015 that would require it to file Form(s) 1099? . . . . . . . . . . . X

**b** If 'Yes,' did the corporation file or will it file required Forms 1099? . . . . . . . . . . . . . . . . . . . X

Form **1120S** (2015)

Form **1120S** (2015)   Hawk Oil Field Service , Inc.                                      9620        Page **3**

| Schedule K | Shareholders' Pro Rata Share Items | | | Total amount |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) | | **1** | 382,272. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | **2** | |
| | **3 a** Other gross rental income (loss) | 3 a | | |
| | **b** Expenses from other rental activities (attach statement) | 3 b | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | **3 c** | |
| | **4** Interest income | | **4** | |
| | **5** Dividends:   **a** Ordinary dividends | | **5 a** | |
| | **b** Qualified dividends | 5 b | | |
| | **6** Royalties | | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | **7** | |
| | **8 a** Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | **8 a** | |
| | **b** Collectibles (28%) gain (loss) | 8 b | | |
| | **c** Unrecaptured section 1250 gain (attach statement) | 8 c | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | | **9** | -61,728. |
| | **10** Other income (loss) (see instructions) . . . . . . Type ▶ | | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | | **11** | |
| | **12a** Charitable contributions | | **12a** | |
| | **b** Investment interest expense | | **12b** | |
| | **c** Section 59(e)(2) expenditures   **(1)** Type ▶ _ _ _ _ _ _ _ _ _ _ **(2)** Amount ▶ | | **12c (2)** | |
| | **d** Other deductions (see instructions) . . . Type ▶ | | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | | **13a** | |
| | **b** Low-income housing credit (other) | | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **13c** | |
| | **d** Other rental real estate credits (see instrs)   Type ▶ _ _ _ _ _ _ _ _ | | **13d** | |
| | **e** Other rental credits (see instrs)   Type ▶ _ _ _ _ _ _ _ _ | | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) | | **13f** | |
| | **g** Other credits (see instructions) . . . Type ▶ | | **13g** | |
| **Foreign Trans-actions** | **14a** Name of country or U.S. possession   ▶ _ _ _ _ _ _ _ _ _ _ | | | |
| | **b** Gross income from all sources | | **14b** | |
| | **c** Gross income sourced at shareholder level | | **14c** | |
| | Foreign gross income sourced at corporate level | | | |
| | **d** Passive category | | **14d** | |
| | **e** General category | | **14e** | |
| | **f** Other (attach statement) | | **14f** | |
| | Deductions allocated and apportioned at shareholder level | | | |
| | **g** Interest expense | | **14g** | |
| | **h** Other | | **14h** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | **i** Passive category | | **14i** | |
| | **j** General category | | **14j** | |
| | **k** Other (attach statement) | | **14k** | |
| | Other information | | | |
| | **l** Total foreign taxes (check one): ▶ ☐ Paid   ☐ Accrued | | **14l** | |
| | **m** Reduction in taxes available for credit   (attach statement) | | **14m** | |
| | **n** Other foreign tax information (attach statement) | | | |
| **Alter-native Mini-mum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | | **15a** | -143,519. |
| | **b** Adjusted gain or loss | | **15b** | -30,053. |
| | **c** Depletion (other than oil and gas) | | **15c** | |
| | **d** Oil, gas, and geothermal properties — gross income | | **15d** | |
| | **e** Oil, gas, and geothermal properties — deductions | | **15e** | |
| | **f** Other AMT items (attach statement) | | **15f** | |
| **Items Affec-ting Share-holder Basis** | **16a** Tax-exempt interest income | | **16a** | |
| | **b** Other tax-exempt income | | **16b** | |
| | **c** Nondeductible expenses | | **16c** | |
| | **d** Distributions (attach stmt if required) (see instrs) | | **16d** | 36,918. |
| | **e** Repayment of loans from shareholders | | **16e** | |

BAA                                      SPSA0134   08/13/15                                      Form **1120S** (2015)

Form 1120S (2015)   Hawk Oil Field Service, Inc.                                   ████ 9620          Page **4**

## Schedule K    Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| Other Infor-mation | **17 a** Investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17a** | |
| | **b** Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . | **17c** | |
| | **d** Other items and amounts (attach statement) | | |
| Recon-ciliation | **18    Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l . . . . . . . . . | **18** | 320,544. |

## Schedule L    Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** Cash . . . . . . . . . . . . . . . | | 263,954. | | 87,193. |
| **2 a** Trade notes and accounts receivable . . . . . | | | | |
| **b** Less allowance for bad debts . . . . . | | | | |
| **3** Inventories . . . . . . . . . . . . . | | | | |
| **4** U.S. government obligations . . . . . . . . . | | | | |
| **5** Tax-exempt securities (see instructions) . . . . | | | | |
| **6** Other current assets (attach stmt) . . Ln 6. St . | | 70,412. | | |
| **7** Loans to shareholders . . . . . . . . . | | | | |
| **8** Mortgage and real estate loans . . . . . . | | | | |
| **9** Other investments (attach statement) . . . . . | | | | |
| **10 a** Buildings and other depreciable assets . . . . | 4,137,214. | | 3,807,664. | |
| **b** Less accumulated depreciation . . . . . | 1,902,120. | 2,235,094. | 1,806,348. | 2,001,316. |
| **11 a** Depletable assets . . . . . . . . . . | | | | |
| **b** Less accumulated depletion . . . . . | | | | |
| **12** Land (net of any amortization) . . . . . . . | | 305,578. | | 305,578. |
| **13 a** Intangible assets (amortizable only) . . . . | | | | |
| **b** Less accumulated amortization . . . . . | | | | |
| **14** Other assets (attach stmt) . . . Ln 14. St . | | 1,966,473. | | 2,223,916. |
| **15** Total assets . . . . . . . . . . . . | | 4,841,511. | | 4,618,003. |
| **Liabilities and Shareholders' Equity** | | | | |
| **16** Accounts payable . . . . . . . . . . . | | | | |
| **17** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** Other current liabilities (attach stmt) . Ln 18. St . | | 4,235,927. | | 3,467,198. |
| **19** Loans from shareholders . . . . . . . . | | | | |
| **20** Mortgages, notes, bonds payable in 1 year or more . | | 1,223,976. | | 1,485,571. |
| **21** Other liabilities (attach statement) . . . . . | | | | |
| **22** Capital stock . . . . . . . . . . . . | | 1,000. | | 1,000. |
| **23** Additional paid-in capital . . . . . . . . | | | | |
| **24** Retained earnings . . . . . . . . . . | | -2,137,604. | | -1,853,978. |
| **25** Adjustments to shareholders' equity (att stmt) . . . | | 1,518,212. | | 1,518,212. |
| **26** Less cost of treasury stock . . . . . . . | | | | |
| **27** Total liabilities and shareholders' equity . . . | | 4,841,511. | | 4,618,003. |

SPSA0134   08/13/15                                                              Form **1120S** (2015)

Form 1120S (2015)   Hawk Oil Field Service , Inc.                    ▮▮▮▮9620                    Page **5**

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note.** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . . | 283,626. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest  $ _ _ _ _ _ _ _ _ _ _ | |
| 3 | Expenses recorded on books this year not Included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a | Depreciation . . . . $ _ _ _ _ _ _ _ _ _ _ | | a | Depreciation . . $ _ _ _ _ _ _ _ _ _ _ | |
| b | Travel and entertainment  $ _ _ _ _ 36,918. | | | _ _ _ _ _ _ _ _ _ _ | |
| | | 36,918. | 7 | Add lines 5 and 6  . . . . . . . . . . . . . | |
| 4 | Add lines 1 through 3 . . . . . . . . . . . | 320,544. | 8 | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 . . | 320,544. |

## Schedule M-2  Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . . . . . . . . . . . . . . . | -187,827. | | |
| 2 | Ordinary income from page 1, line 21 . . . . . . . . . . . . . . . . | 382,272. | | |
| 3 | Other additions  . . . . . . . . . . . . . . . . . . . . . | | | |
| 4 | Loss from page 1, line 21  . . . . . . . . . . . . . . | | | |
| 5 | Other reductions . . . . . . . STMT . . . . . . . . . . | 98,646. | | |
| 6 | Combine lines 1 through 5 . . . . . . . . . . . . . . . . . | 95,799. | | |
| 7 | Distributions other than dividend distributions . . . . . . . . . . | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6  . . . . . . . | 95,799. | | |

SPSA0134  08/13/15                                                      Form **1120S** (2015)

671113

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2015**

For calendar year 2015, or tax
year beginning _____ , 2015
ending _____ , _____

☐ Final K-1   ☐ Amended K-1        OMB No. 1545-0123

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| **Part I** | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
█████ 9620

**B** Corporation's name, address, city, state, and ZIP code
Hawk Oil Field Service , Inc.
PO Box 812
Zapata, TX 78076

**C** IRS Center where corporation filed return
Ogden, UT  84201-0013

| **Part II** | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number
█████ 4968

**E** Shareholder's name, address, city, state, and ZIP code
Roberto Lopez
PO Box 812
Zapata, TX 78076

**F** Shareholder's percentage of stock
ownership for tax year. . . . . . . . . . . .   100.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| **Part III** | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | **13** | Credits | |
| | 382,272. | | | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5 a | Ordinary dividends | | | |
| 5 b | Qualified dividends | **14** | Foreign transactions | |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8 a | Net long-term capital gain (loss) | | | |
| 8 b | Collectibles (28%) gain (loss) | | | |
| 8 c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| | -61,728. | | | |
| 10 | Other income (loss) | **15** | Alternative minimum tax (AMT) items | |
| | | A | -143,519. | |
| | | B | -30,053. | |
| 11 | Section 179 deduction | **16** | Items affecting shareholder basis | |
| 12 | Other deductions | C | 36,918. | |
| | | **17** | Other Information | |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule K-1 (Form 1120S) 2015

SPSA0412  08/04/15

Schedule K-1 (Form 1120S) 2015    Hawk Oil Field Services, Inc.      9620     Page **2**

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the Instructions for your income tax return.**



**1**   **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

                                        *Report on*

| | |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (g) |

**2**   **Net rental real estate income (loss)**    See the Shareholder's Instructions
**3**   **Other net rental income (loss)**

| | |
|---|---|
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Shareholder's Instructions |

**4**   **Interest income**    Form 1040, line 8a
**5 a**   Ordinary dividends    Form 1040, line 9a
**5 b**   Qualified dividends    Form 1040, line 9b
**6**   Royalties    Schedule E, line 4
**7**   Net short-term capital gain (loss)    Schedule D, line 5
**8 a**   Net long-term capital gain (loss)    Schedule D, line 12
**8 b**   Collectibles (28%) gain (loss)    28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8 c**   Unrecaptured section 1250 gain    See the Shareholder's Instructions
**9**   Net section 1231 gain (loss)    See the Shareholder's Instructions
**10**   **Other income (loss)**

    *Code*

| | |
|---|---|
| **A** Other portfolio income (loss) | See the Shareholder's Instructions |
| **B** Involuntary conversions | See the Shareholder's Instructions |
| **C** Sec. 1256 contracts and straddles | Form 6781, line 1 |
| **D** Mining exploration costs recapture | See Pub 535 |
| **E** Other income (loss) | See the Shareholder's Instructions |

**11**   Section 179 deduction    See the Shareholder's Instructions
**12**   **Other deductions**

| | |
|---|---|
| **A** Cash contributions (50%) | |
| **B** Cash contributions (30%) | |
| **C** Noncash contributions (50%) | |
| **D** Noncash contributions (30%) | |
| **E** Capital gain property to a 50% organization (30%) | See the Shareholder's Instructions |
| **F** Capital gain property (20%) | |
| **G** Contributions (100%) | |
| **H** Investment interest expense | Form 4952, line 1 |
| **I** Deductions — royalty income | Schedule E, line 19 |
| **J** Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| **K** Deductions — portfolio (2% floor) | Schedule A, line 23 |
| **L** Deductions — portfolio (other) | Schedule A, line 28 |
| **M** Preproductive period expenses | See the Shareholder's Instructions |
| **N** Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| **O** Reforestation expense deduction | See the Shareholder's Instructions |
| **P** Domestic production activities information | See Form 8903 instructions |
| **Q** Qualified production activities income | Form 8903, line 7b |
| **R** Employer's Form W-2 wages | Form 8903, line 17 |
| **S** Other deductions | See the Shareholder's Instructions |

**13**   **Credits**

| | |
|---|---|
| **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| **B** Low-income housing credit (other) from pre-2008 buildings | |
| **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| **D** Low-income housing credit (other) from post-2007 buildings | |
| **E** Qualified rehabilitation expenditures (rental real estate) | |
| **F** Other rental real estate credits | |
| **G** Other rental credits | |
| **H** Undistributed capital gains credit | Form 1040, line 73, box a |
| **I** Biofuel producer credit | |
| **J** Work opportunity credit | See the Shareholder's Instructions |
| **K** Disabled access credit | |
| **L** Empowerment zone employment credit | |
| **M** Credit for increasing research activities | |

| | |
|---|---|
| *Code* | *Report on* |
| **N** Credit for employer social security and Medicare taxes | See the Shareholder's Instructions |
| **O** Backup withholding | |
| **P** Other credits | |

**14**   **Foreign transactions**

| | |
|---|---|
| **A** Name of country or U.S. possession | |
| **B** Gross income from all sources | Form 1116, Part I |
| **C** Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*

| | |
|---|---|
| **D** Passive category | |
| **E** General category | Form 1116, Part I |
| **F** Other | |

*Deductions allocated and apportioned at shareholder level*

| | |
|---|---|
| **G** Interest expense | Form 1116, Part I |
| **H** Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*

| | |
|---|---|
| **I** Passive category | |
| **J** General category | Form 1116, Part I |
| **K** Other | |

*Other information*

| | |
|---|---|
| **L** Total foreign taxes paid | Form 1116, Part II |
| **M** Total foreign taxes accrued | Form 1116, Part II |
| **N** Reduction in taxes available for credit | Form 1116, line 12 |
| **O** Foreign trading gross receipts | Form 8873 |
| **P** Extraterritorial income exclusion | Form 8873 |
| **Q** Other foreign transactions | See the Shareholder's Instructions |

**15**   **Alternative minimum tax (AMT) items**

| | |
|---|---|
| **A** Post-1986 depreciation adjustment | |
| **B** Adjusted gain or loss | |
| **C** Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| **D** Oil, gas, & geothermal — gross income | |
| **E** Oil, gas, & geothermal — deductions | |
| **F** Other AMT items | |

**16**   **Items affecting shareholder basis**

| | |
|---|---|
| **A** Tax-exempt interest income | Form 1040, line 8b |
| **B** Other tax-exempt income | |
| **C** Nondeductible expenses | See the Shareholder's Instructions |
| **D** Distributions | |
| **E** Repayment of loans from shareholders | |

**17**   **Other information**

| | |
|---|---|
| **A** Investment income | Form 4952, line 4a |
| **B** Investment expenses | Form 4952, line 5 |
| **C** Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| **D** Basis of energy property | See the Shareholder's Instructions |
| **E** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| **F** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| **G** Recapture of investment credit | See Form 4255 |
| **H** Recapture of other credits | See the Shareholder's Instructions |
| **I** Look-back interest — completed long-term contracts | See Form 8697 |
| **J** Look-back interest — income forecast method | See Form 8866 |
| **K** Dispositions of property with section 179 deductions | |
| **L** Recapture of section 179 deduction | |
| **M** Section 453(l)(3) information | |
| **N** Section 453A(c) information | |
| **O** Section 1260(b) information | |
| **P** Interest allocable to production expenditures | See the Shareholder's Instructions |
| **Q** CCF nonqualified withdrawals | |
| **R** Depletion information — oil and gas | |
| **S** Reserved | |
| **T** Section 108(i) information | |
| **U** Net investment income | |
| **V** Other information | |

SPSA0412   08/04/15        Schedule K-1 (Form 1120S) 2015

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ▶ Attach to your tax return. | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service    (99) | ▶ Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562.* | **2015** Attachment Sequence No. **179** |

Name(s) shown on return | Identifying number
Hawk Oil Field Service , Inc. | ▮▮▮▮9620

Business or activity to which this form relates
Form 1120S Line 21

## Part I  Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | | | |
|---|---|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . | **2** | | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . | **3** | | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . | **4** | | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . | **5** | | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2014 Form 4562 . . . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) . . . . | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2016. Add lines 9 and 10, less line 12 . . . . . . ▶ | **13** | | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . | **16** | |

## Part III  MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2015 . . . . . . . . | **17** | 198,628. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

### Section B — Assets Placed In Service During 2015 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19 a** 3-year property . . . . . | | | | | | |
| **b** 5-year property . . . . . | | | | | | |
| **c** 7-year property . . . . . | | | | | | |
| **d** 10-year property . . . . . | | | | | | |
| **e** 15-year property . . . . . | | | | | | |
| **f** 20-year property . . . . . | | | | | | |
| **g** 25-year property . . . . . | | | 25 yrs | | S/L | |
| **h** Residential rental property . . . . . . . . | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real property . . . . . . . . | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed In Service During 2015 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20 a** Class life . . . . . . . | | | | | S/L | |
| **b** 12-year . . . . . . . . . | | | 12 yrs | | S/L | |
| **c** 40-year . . . . . . . . . | | | 40 yrs | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . | **21** | 35,150. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions . . . . . . . | **22** | 233,778. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . | **23** | | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.          FDIZ0812 10/27/15          Form 4562 (2015)

Form 4562 (2015)   Hawk Oil Field Service , Inc.   9620   Page **2**

## Part V   Listed Property (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24 a** Do you have evidence to support the business/investment use claimed? . . . . . [X] **Yes** [ ] **No**   **24b** If 'Yes,' is the evidence written? . . . [X] **Yes** [ ] **No**

| (a)<br>Type of property<br>(list vehicles first) | (b)<br>Date placed<br>in service | (c)<br>Business/<br>investment<br>use<br>percentage | (d)<br>Cost or<br>other basis | (e)<br>Basis for depreciation<br>(business/investment<br>use only) | (f)<br>Recovery<br>period | (g)<br>Method/<br>Convention | (h)<br>Depreciation<br>deduction | (i)<br>Elected<br>section 179<br>cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . . | | | | | **25** | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| 2003 F550 #5679 | 01/01/13 | 100.00 | 17,265. | 17,265. | 5.00 | 200 DB-HY | 3,315. | |
| 2005 F350 #5543 | 07/16/07 | 100.00 | 25,000. | 25,000. | 5.00 | 200 DB-HY | 0. | |
| * STMT | | | | | | | 31,835. | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . | **28** | 35,150. |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . | **29** | |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a)<br>Vehicle 1 | | (b)<br>Vehicle 2 | | (c)<br>Vehicle 3 | | (d)<br>Vehicle 4 | | (e)<br>Vehicle 5 | | (f)<br>Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**do not** include commuting miles). . . . . . . . . . | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year . . . . . | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . . . | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . . . . . | | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? . . . . . . . . . . | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . . | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

## Part VI   Amortization

| (a)<br>Description of costs | (b)<br>Date amortization<br>begins | (c)<br>Amortizable<br>amount | (d)<br>Code<br>section | (e)<br>Amortization<br>period or<br>percentage | (f)<br>Amortization<br>for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2015 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| **43** Amortization of costs that began before your 2015 tax year . . . . . . . . . . . . . . . . | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . | **44** | |

Form **4797**

Department of the Treasury
Internal Revenue Service

**Sales of Business Property**
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))
► **Attach to your tax return.**
► Information about Form 4797 and its separate instructions is at *www.irs.gov/form4797.*

OMB No. 1545-0184

**2015**

Attachment
Sequence No. **27**

Name(s) shown on return

Hawk Oil Field Service, Inc.

Identifying number

9620

1   Enter the gross proceeds from sales or exchanges reported to you for 2015 on Form(s) 1099-B or 1099-S
(or substitute statement) that you are including on line 2, 10, or 20 (see instructions) . . . . . . . . . . | 1 |

**Part I**   **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year (see instructions)**

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| 2012 F150 #4969 | 04/25/13 | 06/10/15 | 26500 | 12010 | 53016 | -14506 |
| 2013 F150 #1328 | 02/07/13 | 11/11/15 | 13050 | 12010 | 42807 | -17747 |
| 2013 F150 #8531 | 04/13/13 | 11/11/15 | 13050 | 12010 | 42807 | -17747 |
| * STMT | | | 39150 | 39122 | 90000 | -11728 |

| | | |
|---|---|---|
| 3   Gain, if any, from Form 4684, line 39 . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4   Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . | 4 | |
| 5   Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . | 5 | |
| 6   Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . | 6 | 0. |
| 7   Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: . . . . . . . . . . . | 7 | -61,728. |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| 8   Nonrecaptured net section 1231 losses from prior years (see instructions) . . . . . . . . . | 8 | |
| 9   Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) . . . . . . . . . . | 9 | |

**Part II**   **Ordinary Gains and Losses (see instructions)**

10   Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 11   Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12   Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . . . . . . . . | 12 | |
| 13   Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | 182,234. |
| 14   Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . . . . . . . . | 14 | |
| 15   Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . | 15 | |
| 16   Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . | 16 | |
| 17   Combine lines 10 through 16 . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | 182,234. |

18   For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines
a and b below. For individual returns, complete lines a and b below:

a   If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter
the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss
from property used as an employee on Schedule A (Form 1040), line 23. Identify as from 'Form 4797, line 18a.'
See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 a |

b   Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040,
line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 b |

**BAA   For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2015)

Form 4797 (2015)  Hawk Oil Field Service , Inc.                                    9620          Page 2

## Part III  Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255
(see instructions)

| 19(a)  Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A 2010 F150 #0574 | 04/12/12 | 11/11/15 |
| B 2011 Chevy Silv #9656 | 08/30/11 | 06/10/15 |
| C 2011 Chevy Silv #6261 | 05/31/11 | 11/11/15 |
| D 2011 Dodge #7017 | 11/26/12 | 11/11/15 |

| These columns relate to the properties on lines 19A through 19D ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1 before completing). | 20 | 13,050. | 10,000. | 13,050. | 13,050. |
| 21 | Cost or other basis plus expense of sale | 21 | 33,794. | 35,880. | 40,660. | 24,233. |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | 33,784. | 35,880. | 40,660. | 24,233. |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | 10. | 0. | 0. | 0. |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | 13,040. | 10,000. | 13,050. | 13,050. |
| 25 | If section 1245 property: | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | 33,784. | 35,880. | 40,660. | 24,233. |
| b | Enter the smaller of line 24 or 25a | 25b | 13,040. | 10,000. | 13,050. | 13,050. |
| 26 | If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 (see instrs) | 26a | | | | |
| b | Applicable percentage multiplied by the smaller of line 24 or line 26a (see instructions) | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the smaller of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c | Enter the smaller of line 24 or 27b | 27c | | | | |
| 28 | If section 1254 property: | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion (see instructions) | 28a | | | | |
| b | Enter the smaller of line 24 or 28a | 28b | | | | |
| 29 | If section 1255 property: | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 (see instructions) | 29a | | | | |
| b | Enter the smaller of line 24 or 29a (see instrs) | 29b | | | | |

## Summary of Part III Gains.  Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | 182,234. |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | 182,234. |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | 0. |

## Part IV  Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(see instructions)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation (see instructions) | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

BAA                                    FDIZ1002  09/03/15                          Form 4797 (2015)

Form 4797 (2015)  Hawk Oil Field Service, Inc.                    ▓▓▓▓9620          Page 2

## Part III  Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255
(see instructions)

| 19(a) | Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| A | 2011 F250 #5584 | 10/24/12 | 06/10/15 |
| B | 2011 F350 #7417 | 05/07/11 | 06/10/15 |
| C | 2012 F250 #2247 | 10/06/11 | 10/05/15 |
| D | 2012 F350 #1613 | 06/05/12 | 11/11/15 |

| These columns relate to the properties on lines 19A through 19D ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1 before completing) · · · · · · 20 | 10,000. | 13,050. | 10,000. | 13,050. |
| 21 | Cost or other basis plus expense of sale · · · 21 | 43,117. | 40,805. | 49,034. | 49,118. |
| 22 | Depreciation (or depletion) allowed or allowable · 22 | 43,117. | 40,805. | 49,034. | 49,118. |
| 23 | Adjusted basis. Subtract line 22 from line 21 · 23 | 0. | 0. | 0. | 0. |
| 24 | Total gain. Subtract line 23 from line 20 · · · · 24 | 10,000. | 13,050. | 10,000. | 13,050. |
| 25 | **If section 1245 property:** | | | | |
| a | Depreciation allowed or allowable from line 22 · 25a | 43,117. | 40,805. | 49,034. | 49,118. |
| b | Enter the **smaller** of line 24 or line 25a · · 25b | 10,000. | 13,050. | 10,000. | 13,050. |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | |
| a | Additional depreciation after 1975 (see instrs) · 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) · · · 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e · · 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d · · 26e | | | | |
| f | Section 291 amount (corporations only) · · · 26f | | | | |
| g | Add lines 26b, 26e, and 26f · · · · · · 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | |
| a | Soil, water, and land clearing expenses · · · 27a | | | | |
| b | Line 27a multiplied by applicable percentage (see instructions) · · · · · 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b · · · 27c | | | | |
| 28 | **If section 1254 property:** | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion (see instructions) · · · · 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a · · · 28b | | | | |
| 29 | **If section 1255 property:** | | | | |
| a | Applicable percentage of payments excluded from income under section 126 (see instructions) · · · · 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a (see instrs) · 29b | | | | |

## Summary of Part III Gains.  Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| 30 | Total gains for all properties. Add property columns A through D, line 24 · · · · · · · · · · · · · | 30 | |
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 · · · · · · | 31 | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 · · · · · · · · · · · · · · · | 32 | |

## Part IV  Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(see instructions)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years · · · · · · · · · | 33 | | |
| 34 | Recomputed depreciation (see instructions) · · · · · · · · · · · · · · · · · · | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report · · · · · · · · | 35 | | |

BAA                                    FDIZ1002  09/03/15                        Form 4797 (2015)

Form 4797 (2015)  Hawk Oil Field Service , Inc.                                    ████ 9620                Page 2

## Part III — Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255
(see instructions)

**19(a)** Description of section 1245, 1250, 1252, 1254, or 1255 property:

| | | **(b)** Date acquired (mo., day, yr.) | **(c)** Date sold (mo., day, yr.) |
|---|---|---|---|
| A | 2013 F350 #7982 | 12/17/12 | 06/10/15 |
| B | 2011 Powerscreen Chiefta #2159 | 01/01/12 | 04/27/15 |
| C | 2011 Powerscreen 60 Radial #4329 | 11/02/11 | 04/27/15 |
| D | | | |

These columns relate to the properties on lines 19A through 19D . . . . . . . . . . . . . . . . ▶

| | | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (Note: *See line 1 before completing*) . . . . | 20 | 10,000. | 55,000. | 55,000. | |
| 21 | Cost or other basis plus expense of sale . . . | 21 | 62,065. | 123,127. | 55,000. | |
| 22 | Depreciation (or depletion) allowed or allowable . . | 22 | 62,065. | 123,127. | 21,994. | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | 0. | 0. | 33,006. | |
| 24 | Total gain. Subtract line 23 from line 20 . . . . | 24 | 10,000. | 55,000. | 21,994. | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | 62,065. | 123,127. | 21,994. | |
| b | Enter the **smaller** of line 24 or 25a . . | 25b | 10,000. | 55,000. | 21,994. | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 (see instrs) | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) . . . | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property **or** line 24 is not more than line 26a, skip lines 26d and 26e . . . . . . . . | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d . . | 26e | | | | |
| f | Section 291 amount (corporations only) . . . | 26f | | | | |
| g | Add lines 26b, 26e, and 26f . . . . . . | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses . . . . | 27a | | | | |
| b | Line 27a multiplied by applicable percentage (see instructions) . . . . . . | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b . . . | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion (see instructions) . . . . . . . . | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a . . . | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 (see instructions) . . . . . | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a (see instrs) . | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| 30 | Total gains for all properties. Add property columns A through D, line 24 . . . . . . . . . . . . . . . . . . . . | 30 | |
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 . . . . . . . . | 31 | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 . . . . . . . . . . . . . . . | 32 | |

## Part IV — Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(see instructions)

| | | | **(a)** Section 179 | **(b)** Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years . . . . . . . . . | 33 | | |
| 34 | Recomputed depreciation (see instructions) . . . . . . . . . . . . . . . . . . . | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report . . . . . . . . . | 35 | | |

BAA                                    FDIZ1002  09/03/15                                    Form 4797 (2015)

Form 1120S, Page 1, Line 19
**Other Deductions**

| | |
|---|---:|
| Automobile and truck expense | 674,871. |
| Bank charges | 47,742. |
| Computer services and supplies | 80,825. |
| Credit and collection costs | 83,712. |
| Delivery and freight | 1,577. |
| Discounts | 5,971. |
| Equipment rent | 144,070. |
| Gifts | 6,642. |
| Insurance | 313,337. |
| Legal and professional | 73,786. |
| Meals and entertainment (50%) | 36,918. |
| Office expense | 10,770. |
| Outside services | 1,690,708. |
| Postage | 329. |
| Security | 2,590. |
| Supplies | 5,344. |
| Telephone | 117,899. |
| Training/continuing education | 5,076. |
| Uniforms | 44,204. |
| Utilities | 39,535. |
| Oil field materials and supplies | 625,235. |
| Factoring fees | 168,107. |
| Employee leasing | 2,613,301. |
| Fines and penalties | 801. |
| Lease Expense | 12,571. |
| Management fee | 944,659. |
| Medic | 17,623. |
| Safety | 15,072. |
| Total | 7,783,275. |

Other Current Assets:
**1120S, Schedule L, Line 6**

| Other Current Assets: | Beginning of tax year | End of tax year |
|---|---:|---:|
| Employee Loans | 63,662. | |
| Omar Medina | 6,750. | |
| Total | 70,412. | |

Other Assets:
**1120S, Schedule L, Line 14**

| Other Assets: | Beginning of tax year | End of tax year |
|---|---:|---:|
| Due from Horizonte Investments, Inc | 324,404. | 324,404. |
| Due from RR Equipment Rental | 1,642,069. | 1,899,512. |
| Total | 1,966,473. | 2,223,916. |

Other Current Liabilities:
**1120S, Schedule L, Line 18**

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| Due to Jose G Gonzalez | 0. | |
| Recourse Factoring Obligations | 4,235,927. | 3,467,198. |
| Total | 4,235,927. | 3,467,198. |

Form 1120S, Page 5, Schedule M-2, Line 5
**Schedule M-2, Other Reductions**

| | | |
|---|---|---|
| Net loss under section 1231 | 61,728. | |
| Meals and entertainment | 36,918. | |
| Total | 98,646. | |

Form 4562, line 26
**Additional Listed Property Statement**

| (a) Type of property | (b) Date placed in service | (c) Business/ investmnt use % | (d) Cost or other basis | (e) Basis for depreciation | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (l) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 2007 F150 #4271 | 11/17/11 | 100.00 | 22,944. | 22,944. | 5.00 | 200 DB-HY | 0. | |
| 2007 Ford Fusion #6228 | 12/17/12 | 100.00 | 17,265. | 17,265. | 5.00 | 200 DB-HY | 16. | |
| 2007 Ford Truck | 01/28/11 | 100.00 | 16,500. | 16,500. | 5.00 | 200 DB-HY | 0. | |
| 2008 Dodge #5865 | 08/23/11 | 100.00 | 19,833. | 19,833. | 5.00 | 200 DB-HY | 0. | |
| 2009 Kawasaki Mule #1120 | 02/06/13 | 100.00 | 12,000. | 12,000. | 5.00 | 200 DB-HY | 2,304. | |
| 2010 F150 #2367 | 10/06/11 | 100.00 | 44,917. | 44,917. | 5.00 | 200 DB-HY | 0. | |
| 2010 F150 #0574 | 04/12/12 | 100.00 | 33,794. | 33,794. | 5.00 | 200 DB-HY | 2. | |
| 2010 F150 #1144 | 05/12/11 | 100.00 | 23,404. | 23,404. | 5.00 | 200 DB-HY | 0. | |
| 2011 Chevy Silv #3235 | 07/08/11 | 100.00 | 34,662. | 34,662. | 5.00 | 200 DB-HY | 1,875. | |
| 2011 Chevy Silv #5351 | 06/01/11 | 100.00 | 37,462. | 37,462. | 5.00 | 200 DB-HY | 0. | |
| 2011 Chevy Silv #5666 | 05/31/11 | 100.00 | 40,660. | 40,660. | 5.00 | 200 DB-HY | 0. | |
| 2011 Chevy Silv #6656 | 08/30/11 | 100.00 | 35,880. | 35,880. | 5.00 | 200 DB-HY | 0. | |
| 2011 Chevy Silv #6261 | 05/31/11 | 100.00 | 40,660. | 40,660. | 5.00 | 200 DB-HY | 0. | |
| 2011 Dodge #7017 | 11/26/12 | 100.00 | 24,233. | 24,233. | 5.00 | 200 DB-HY | 0. | |
| 2011 Expedition #6061 | 10/28/11 | 100.00 | 39,291. | 39,291. | 5.00 | 200 DB-HY | 0. | |
| 2011 F250 #0721 | 07/14/11 | 100.00 | 25,441. | 25,441. | 5.00 | 200 DB-HY | 0. | |
| 2011 F150 #1259 | 07/14/11 | 100.00 | 22,840. | 22,840. | 5.00 | 200 DB-HY | 0. | |
| 2011 F150 #4793 | 07/14/11 | 100.00 | 24,334. | 24,334. | 5.00 | 200 DB-HY | 0. | |
| 2011 F150 #5730 | 10/27/11 | 100.00 | 34,489. | 34,489. | 5.00 | 200 DB-HY | 0. | |
| 2011 F150 #6102 | 08/09/11 | 100.00 | 24,662. | 24,662. | 5.00 | 200 DB-HY | 0. | |
| 2011 F150 #7570 | 12/01/11 | 100.00 | 35,160. | 35,160. | 5.00 | 200 DB-HY | 0. | |
| 2011 F150 #9316 | 10/27/11 | 100.00 | 28,795. | 28,795. | 5.00 | 200 DB-HY | 0. | |
| 2011 F250 #5584 | 10/24/12 | 100.00 | 43,117. | 43,117. | 5.00 | 200 DB-HY | 0. | |
| 2011 F350 #2009 | 08/17/11 | 100.00 | 41,586. | 41,586. | 5.00 | 200 DB-HY | 0. | |
| 2011 F350 #7417 | 05/07/11 | 100.00 | 40,805. | 40,805. | 5.00 | 200 DB-HY | 0. | |
| 2012 F150 #3096 | 06/24/12 | 100.00 | 27,936. | 27,936. | 5.00 | 200 DB-HY | 0. | |
| 2013 F150 #3318 | 11/15/12 | 100.00 | 28,182. | 28,182. | 5.00 | 200 DB-HY | 0. | |
| 2012 F150 #4421 | 02/10/12 | 100.00 | 29,878. | 29,878. | 5.00 | 200 DB-HY | 0. | |
| 2012 F150 #4969 | 04/25/13 | 100.00 | 53,016. | 53,016. | 5.00 | 200 DB-HY | 3,250. | |

Form 4562, line 26
**Additional Listed Property Statement**                                                Continued

| (a)<br>Type of<br>property | (b)<br>Date<br>placed in<br>service | (c)<br>Business/<br>Investmnt<br>use % | (d)<br>Cost or<br>other<br>basis | (e)<br>Basis for<br>deprecia-<br>tion | (f)<br>Re-<br>covery<br>period | (g)<br>Method/<br>Con-<br>vention | (h)<br>Deprecia-<br>tion<br>deduction | (i)<br>Elected<br>section<br>179 cost |
|---|---|---|---|---|---|---|---|---|
| 2012 F150 #9316 | 10/27/11 | 100.00 | 28,795. | 28,795. | 5.00 | 200 DB-HY | 0. | |
| 2012 F150 #9736 | 02/09/12 | 100.00 | 25,717. | 25,717. | 5.00 | 200 DB-HY | 1,875. | |
| 2012 F250 #2247 | 10/06/11 | 100.00 | 49,034. | 49,034. | 5.00 | 200 DB-HY | 0. | |
| 2012 F350 #1613 | 06/05/12 | 100.00 | 49,118. | 49,118. | 5.00 | 200 DB-HY | 0. | |
| 2012 F350 #2249 | 11/15/11 | 100.00 | 43,250. | 43,250. | 5.00 | 200 DB-HY | 0. | |
| 2012 F350 #2250 | 08/18/11 | 100.00 | 40,735. | 40,735. | 5.00 | 200 DB-HY | 0. | |
| 2012 F350 #2592 | 11/26/12 | 100.00 | 45,934. | 45,934. | 5.00 | 200 DB-HY | 0. | |
| 2012 F350 #4596 | 11/17/11 | 100.00 | 47,586. | 47,586. | 5.00 | 200 DB-HY | 0. | |
| 2012 F350 #4597 | 11/11/11 | 100.00 | 48,086. | 48,086. | 5.00 | 200 DB-HY | 0. | |
| 2012 F350 #5623 | 01/19/12 | 100.00 | 46,280. | 46,280. | 5.00 | 200 DB-HY | 3,068. | |
| 2012 F350 #5684 | 11/15/11 | 100.00 | 43,250. | 43,250. | 5.00 | 200 DB-HY | 0. | |
| 2012 F350 #6392 | 06/07/12 | 100.00 | 49,119. | 49,119. | 5.00 | 200 DB-HY | 0. | |
| 2012 F350 #2591 | 10/31/12 | 100.00 | 45,259. | 45,259. | 5.00 | 200 DB-HY | 0. | |
| 2012 F350 #9209 | 06/12/12 | 100.00 | 45,045. | 45,045. | 5.00 | 200 DB-HY | 0. | |
| 2013 Chevy Silv #7910 | 12/26/13 | 100.00 | 40,600. | 40,600. | 5.00 | 200 DB-HY | 3,250. | |
| 2013 F150 #1328 | 02/07/13 | 100.00 | 42,807. | 42,807. | 5.00 | 200 DB-HY | 3,250. | |
| 2013 F150 #8531 | 04/13/13 | 100.00 | 42,807. | 42,807. | 5.00 | 200 DB-HY | 3,250. | |
| 2013 F350 #7982 | 12/17/12 | 100.00 | 62,065. | 62,065. | 5.00 | 200 DB-HY | 0. | |
| 2003 F-450 #1210 | 12/05/12 | 100.00 | 11,472. | 11,472. | 5.00 | 200 DB-HY | 1,322. | |
| 1993 Eager Beaver Lowboy #1307 | 02/20/08 | 100.00 | 11,472. | 11,472. | 5.00 | 200 DB-HY | 0. | |
| 1991 Trailmaster Tanker #1002 | 09/15/12 | 100.00 | 11,472. | 11,472. | 5.00 | 200 DB-HY | 1,322. | |
| 2001 F-450 #5691 | 12/01/13 | 100.00 | 11,472. | 11,472. | 5.00 | 200 DB-HY | 2,203. | |
| 2013 F-150 #3318 | 11/23/12 | 100.00 | 30,000. | 30,000. | 5.00 | 200 DB-HY | 4,848. | |

Total                                                                                      31,835.

Form 4797, Page 1, Line 2
**Additional Part I, Line 2 Sales**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2012 Lamar GN20K #2186 | 01/18/13 | 11/11/15 | 13050 | 14257 | 30000 | -2693 |
| Ford F-150 #6776 | 04/22/13 | 11/11/15 | 13050 | 14257 | 30000 | -2693 |
| 2013 F-150 #3318 | 11/23/12 | 11/11/15 | 13050 | 10608 | 30000 | -6342 |

Total                                        39150      39122      90000      -11728

**Fill in this information to identify the case**

Debtor name    **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, I**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
| --- | --- | --- | --- | --- |
| 2.   **Cash on hand** | | | | _____ |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- | --- |
| 3.1.  **Bank Account with Zapata National Bank.** | **Checking account** | **8** | **5** | **6** | **4** | **$16,944.96** |

4.   **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.         **$16,944.96**

| Part 2: | Deposits and prepayments |
| --- | --- |

6.   **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Debtor  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____
_____
Name

**7.  Deposits, including security deposits and utility deposits**

| | Current value of debtor's interest |
|---|---|

Description, including name of holder of deposit

7.1.  **Debtor has a utility deposit with Zapata County Waterworks.** _____   **$100.00**

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                                   **$100.00**

---

**Part 3:  Accounts receivable**

**10.  Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☑  Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:   **$53,202.33** — **$0.00** = ........➔   **$53,202.33**
         face amount        doubtful or uncollectible accounts

11b.  Over 90 days old:   **$372,962.63** — **$180,803.99** = ........➔   **$192,158.64**
         face amount        doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                **$245,360.97**

---

**Part 4:  Investments**

**13.  Does the debtor own any investments?**

☑  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                         % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                                  **$0.00**

---

**Part 5:  Inventory, excluding agriculture assets**

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐  No.  Go to Part 6.
☑  Yes.  Fill in the information below.

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**         Case number (if known) _____
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

Debtor    **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**    Case number (if known) _____
_____Name_____

**Debtor has the following supplies:**

**(3) Air hoses; (4) Beacon Lights; (1) Generator; (4) CPR Kits; (31) Fire Extinguishers; (6) First Aid Kits;(14) Hammers; (8) Hand Saws; (6) Harnesses; (5) Ladderes; (16) Levels; (3) Picks; (1) Pipe Threaded; (46) Wrenches; (20) Pliers; (5) Post Holes; (3) Rakes; (15) Safety Cones; (21) Safety Flags; (13) Scrap Batteries; (38) Screw Drivers; (1) Skill Saw; (46) Socket Wrenches; (5) Squares; (11) Tape Measures; (24) Triangle Safeties; (8) Rims; (8) Tires; (1) Vise; (9) Yellow Claps; (10) Land Yards; (36) Hard Hats; (3) 12 V Testers; (5) Air Chisels; (9) Air Fittings; (25) Anti-Freeze; (1) Barrring Seal; (3) Brake Away Systems; (6) Cans of Brake Fluid;  (8) Break Pads; (2) Brushing Kits; (5) Cab Mark Lights; (17) Coupler Plugs; (11) Canse of Diesel Motor Oil (2) Digital Calipers; (50) Dusk Masks; (100) Ear Plugs; (5) Exhaust Clamps; (16) Fasteners; (108) Filters; (8) Fittings; (14) Gas Caps; (3) Gaskets; (24) Gear Lubes; (22) Gojos; (4) Gooseneck Breaks; (36) Cans of Grease; (58) Ginder Disks; (8) Hose Connectors; (14) Hub Bolts; (7) Jumper Cables; (1) Latch; (24) Lubricants; (4) Magnetic Levels; (70) Metal Clamps; (86) Cans of Motor Oil; (65) Nuts; (1) O Ring; (3) Oil Seals; (14) Oval Lamp Rubbers; (3) Paint Brushes; (28) Pig Tails; (8) Piston Rings; (2) Power Coils; (2) Replacemenet Headlights; (13) Retainers; (2) Rubber Hoo Catchers; (60) Safety Vests; (64) Screws; (16) Shocks; (5) Slimes; (8) Stick on Reflector; (21) Tires; (5) Tool Box Locking Handle; (2) Trailer Connectors; (42) Cans of Tranmission Fluid; (28) Turn Lamps; (2) Universal Fuel Lines; (2) V Ring Seals; (3) Roles of Welding Wire; (13) Wheel Seals; (84) Winshield Fluid; and (13) Wiper Blades.**

| | 05/02/2016 | $0.00 | Debtor's Valuation | $6,618.25 |
|---|---|---|---|---|

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                                            | $6,618.25 |

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____
　　　　　Name

**24.  Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method_____   Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------|

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------|------------------|------------------|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

| $0.00 |
|-------|

**34.  Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

　　　☐ No

　　　☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method_____   Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---------|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes.  Fill in the information below.

Debtor  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**  Case number (if known) _____

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **(10) Desks with Chair; (1) Conference Table with 4 Chairs; (1) Conference Table with 9 Chairs; (5) Office Charis; (1) Sofa; (1) Bufette; (7) Tables with 33 Chairs; (3) Folding Tables; (21) Filing Cabinets; (1) Refrigerator; Compact Refrigerator; (2) Microwaves; (1) Stainless Steel Hood; (2) Ice Chests; and (2) Coffee Maker.** | **$0.00** | **Debtor's Valuation** | **$5,165.00** |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **(13) Computers; (2) Laptops; (7) Printers; (2) Paper Shredders; and (4) TV'S.** | **$0.00** | **Debtor's Valuation** | **$6,500.00** |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | **$11,665.00** |
|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **The following vehicles are encumbered to Ally Financial:** | | | |
| **1.  2013 Chevrolet Silverado 3500 VIN 7910; 2.  2014 Ford F-150 VIN 8573; 3.  2012 Ford F-350 VIN 9209; 4.  2012 Ford F-350 VIN 2592; and 5.  2015 Ford F-150 VIN 2995.** | **$69,142.00** | **Fair Market Value** | **$172,419.20** |
| 47.2.  **The following vehicle is encumbered to Chase Auto Finance:** | | | |
| **1.  2012 Ford F-150 VIN 3096.** | **$14,251.00** | **Fair Market Value** | **$12,100.00** |

| Debtor | __Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI__ | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

| 47.3. | **The following vehicles are encumbered to Compass Bank:** | | | |
|---|---|---|---|---|
| | **1. 2014 Ford F-150 VIN 3789; and** | | | |
| | **2. 2014 Ford F-150 VIN 0295.** | **$48,000.00** | **Fair Market Value** | **$65,800.00** |
| 47.4. | **The following vehicles are encumbered to Ford Motor Credit:** | | | |
| | **1. 2012 Ford F-350 VIN 2591;** | | | |
| | **2. 2015 Ford F-250 VIN 1282; and** | | | |
| | **3. 2015 Ford F-250 VIN 3205.** | **$42,876.00** | **Fair Market Value** | **$133,987.00** |
| 47.5. | **The following vehicle, tractor truck, and trailer is encumbered to Equify Financial:** | | | |
| | **1. 2001 Freightliner VIN 1130; and** | | | |
| | **2. 2012 Roughneck 130BBL Vaccum Tank Trailer SN 7018.** | **$5,272.00** | **Fair Market Value** | **$81,175.00** |
| 47.6. | **The following vehicle is encumbered to TD Auto Finance:** | | | |
| | **1. 2011 Ford F-250 VIN 2631.** | **$0.00** | **Fair Market Value** | **$36,675.00** |

Debtor    **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**    Case number (if known) _____
          Name

47.7.   **The following vehicls, tractor trucks, and trailers**
        **are unencumbered:**

1.   **2012 Ford F-350 VIN 2250;**
2.   **2003 Ford F-550 VIN 5679;**
3.   **2007 Ford Fusion VIN 6228;**
4.   **2008 Dodge Ram 1500 VIN 5865;**
5.   **2010 Ford F-150 VIN 2367;**
6.   **2011 Ford Expedition VIN 6061;**
7.   **2011 Ford F-150 VIN 7570;**
8.   **2011 Ford F150 VIN 5730;**
9.   **2007 Ford F-150 VIN 4271;**
10.  **2012 Ford F-350 VIN 5864;**
11.  **2012 Ford F-350 VIN 2249;**
12.  **2012 Ford F-350 VIN 4596;**
13.  **2012 Ford F-350 VIN 4597;**
14.  **2011 Ford F-150 VIN 9316;**
15.  **2003 Ford F-450 VIN 1210;**
16.  **2005 Ford F-350 VIN 5543;**
17.  **2011 Chevrolet 3500 VIN 5666;**
18.  **2011 Ford F-350 VIN 2009;**
19.  **2000 Trailer King Belly Dump VIN 2810;**
20.  **2007 CTSI Trailer VIN 0627;**
21.  **2001 Trailer Belly Dump VIN 0305;**
22.  **1998 Eager Beaver Lowboy VIN 1387;**
23.  **1989 Fruehauf Lowboy VIN 1374;**
24.  **1991 Trailmaster Tannker VIN 3082;**
25.  **1982 Maverick Trailer VIN 9042;**
26.  **1989 Ranch Belly Dump VIN 8879;**
27.  **2011 Lamar Gooseneck Trailer VIN 6930;**
28.  **2011 Lamar Gooseneck Trailer VIN 6956;**
29.  **2012 Lamar Gooseneck Trailer VIN 2181;**
30.  **2012 PJ Gooseneck Trailer VIN  3880;**
31.  **1994 Peterbuilt Tractor Truck VIN 5747;**
32.  **1997 Kenworth Tractor Truck VIN 0994;**
33.  **2000 Freightliner Lowboy VIN 5895;**
34.  **2000 Peterbuilt Lowboy VIN 4555;**
35.  **1994 GMC Utiltiy Truck VIN 2377;**
36.  **2012 Gooseneck Tester Trailer VIN 0053;**
37.  **2012 Lamar Gooseneck Power Washer**
     **Trailer VIN 8368;**
38.  **2010 Homemade Gooseneck Trailer;**
39.  **2012 Homemade Utility Trailer;**
40.  **2011 Homemade Utility Trailer;**
41.  **2007 Homemade Utility Trailer;**
42.  **2007 Homemade Trash Trailer;**
43.  **2007 Homemade Trash Trailer;**
44.  **2011 Lamar Trash Trailer VIN 7063;**
45.  **2012 Homemade Trash Trailer;**
46.  **2012 Lamar Sand Blaster Trailer VIN 8885;**
47.  **2003 Peterbilt Vaccum Truck VIN 6423;**
48.  **2012 Ford F-150 VIN 9736;**
49.  **2012 Ford F-150 VIN 4421;**
50.  **2001 Ford F-450 VIN 5691;**
51.  **2010 Ford F-150 VIN 1144;**
52.  **2009 Kawasaki Mule VIN 1120;**
53.  **2011 Homemade Faltbed Trailer;**
54.  **2007 Homemade Trash Trailer;**                    **$55,350.00**    **Fair Market Value**    **$619,492.30**

| Debtor | **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**47.8.** **The following trucks and trailers are in the possession of Jose Gudalupe Gonzalez and subject to turnover:**

 1. **2011 Ford F-150 VIN 4793;**
 2. **2011 Ford F-150 VIN 0721;**
 3. **2011 Ford F-150 VIN 6102;**
 4. **2011 Ford F-150 VIN 1259;**
 5. **2011 Chevrolet 2500 VIN 3235;**
 6. **2011 Chevrolet 3500  VIN 5351;**
 7. **2012 Ford F-350 VIN 5623;**
 8. **2011 Vactron Vermeer LP555 DT Tanker Trailer VIN 1500; and**
 9. **2011 Vactron Vermeer LP555 DT Tanker Trailer VIN 1517.**                   **$18,843.00**     Fair Market Value     **$190,380.00**

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

 **(1) Stainless Steel Serving Unit with Hood; (1) Stainless Stee Refridgerator; (9) Tool Boxes; (3) Disel Auxilary Tanks; (2) Hydro Jacks; (1) Wheel Services/Tire Changer with Tire Balancer; (3) Air Commpressors; (1) Palett Jack; (5) Electric Saws; (2) Water Pumps; (2) Battery Chargers; (2) Welders; (3) Air Paint Sprayers; (2) Dollies; (4) Four Laser Levels with Stands; (1) Line Finder; (3) Lockout Kits; (1) Bevel Machine; (1) Electrc Drill; and (1) Spy.**                   **$0.00**     Debtor's Valuation     **$13,275.00**

 **The following equipment is encumbered to Equify Financial:**

 1. **2006 Vermeer T55I5I Track Trencher SN 5X2U;**
 2. **2006 JLG G943A Telescopic Forklift SN 6362; and**
 2. **2004 Broce BB250B Broom.**                   **$59,349.00**     Fair Market Value     **$190,000.00**

 **The following equipment is encumbered to John Deer:**

 1. **2011 750J Excavator SN 0473; and**
 2. **2012 250G Crawler SN 8021.**                   **$95,808.00**     Fair Market Value     **$280,000.00**

 **The following equipmnet is encumbered to Wells Fargo Bank:**

 1. **2009 John Deer 750J SN 4446; and**
 2. **2011 John Deer 850K SN 6370.**                   **$82,466.00**     Fair Market Value     **$308,000.00**

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____
         Name

**The following equipment is unencumbered:**

1.  **2010 John Deer 844K Wheel Loader SN 1976;**
2.  **2011 John Deer 670G Motor Grader SN 5229;**
3.  **2011 John Deer 750J Crawler Dozer SN 6834;**
4.  **2012 John Deer 310J Wheel Loader Backhoe SN 1653;**
5.  **2010 Sakai SV505T Vibratory Padfoot Roller SN 0534;**
6.  **2000 JLG 400S Boomlift SN 4277;**
7.  **2014 Hot Pressure Washer SN 3910;**
8.  **1995 Volvo N70 Wheel Loader SN 1582;**
9.  **1991 980C Wheel Loader SN 4125;**
10. **1981 977L Crawler Loader SN 2387;**
11. **1999 966G Wheel Loader SN 0559;**
12. **2005 Saky SV505D Smooth Roller SN 0219;**
13. **2003 John Deer 310G Backhoe SN 1037;**
14. **2004 Kobelco SK250 LC Excavator SN 0814;**
15. **2003 John Deer 750C Crawler Dozer SN 4325;**
16. **2005 John Deer 1050C Crawler Dozer SN 7614; and**
17. **2011 John Deer 310J Backhoe SN 6163; and**
18. **1981 Catapillar 980C Wheel Loader SN 4125;**    $180,483.00    Fair Market Value    $1,093,533.00

| | |
|---|---|
| **51.** **Total of Part 8.** | |
| Add lines 47 through 50.  Copy the total to line 87. | $3,196,836.50 |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:   Real property**

---

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor   __Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll__   Case number (if known) _____
　　　　　 Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **226 Las Palmas Rd.**<br>**Zapata, Texas 78076**<br>**226 Las Palmas Rd.**<br>**The follwoing property is**<br>**encumbered to Thomas R. Youngblut**<br>**and wife, Cathy Youngblut:**<br><br>**Tract I**<br><br>**The Surface Estate of a tract of land**<br>**containing, 24.86 of land, more or**<br>**less, out of a 30 acre parcel of land**<br>**knowna as Tract A-100, conveyed to**<br>**Thomas R. Younblut discribed in**<br>**Special Warranty Deed Recorded in**<br>**Volume 479, Pages 219-224, Deed**<br>**Records, Zapata County, Texas,**<br>**situated in Porcion 39, Juan Antonio**<br>**Vidaurri Original Grantee, Abstract**<br>**146 and Porciion 40, Juan Antonio**<br>**Vidaurri Original Grantee, Abtract**<br>**147, Zapata County, Texas.**<br><br>**Tract II**<br><br>**The Surface Estate of a tract of land**<br>**containing 3.67 of land, more or less,**<br>**out of a 30 acre parcel of land**<br>**knowna as Tract A-100, conveyed to**<br>**Thomas R. Younblut discribed in**<br>**Special Warranty Deed Recorded in**<br>**Volume 508, Pages 730-732, Deed**<br>**Records, Zapata County, Texas,**<br>**situated in Porcion 39, Juan Antonio**<br>**Vidaurri Original Grantee, Abstract**<br>**146 and Porciion 40, Juan Antonio**<br>**Vidaurri Original Grantee, Abtract**<br>**147, Zapata County, Texas.** | Fee Simple | $310,985.00 | Fair Market Value | $225,909.00 |
| 55.2. | **Bell Camp**<br>**The following real estate property is**<br>**encumbered to Zapata National**<br>**Bank:**<br><br>**The Surface Estate of a tract of land**<br>**containing 3.67 acres, more or less,**<br>**being all of a 3 acre tract out of**<br>**Share 15 conveyed to B.C. Williams**<br>**and wife, Gwendale Williams,**<br>**recorded in Volume 153, Page 39,**<br>**Deed Records of Zapata County,**<br>**Texas and a 06.67 acre tract out of**<br>**Share 15 conveyed to B.C. Williams**<br>**and wife, Gwendale Willimas,**<br>**recorded in Volume 153, Page 39,**<br>**Zapata County, Texas and being**<br>**situated in Porcion 22, Joquin Pena-**<br>**Orinal Grantee, Abstract 71, Zapata**<br>**County, Texas.** | Fee Simple | $39,959.00 | Fair Market Value | $39,959.00 |

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____
         Name

| | | | | |
|---|---|---|---|---|
| 55.3. | **S Bl 35D**<br>**Dilley, Texas 78017**<br>**S Bl 35D**<br>**The following real estate property is encumbered to Zapata National Bank:**<br><br>**A tract of land containing 9.87 acres of land in Frio County, Texas composed of approximately 9.41 acres out of the R.N. Shull Surlvey 50/9, Abstract 1064, and approximately 0.46 acres out of the Clementine Millett Survey 24, Abstract 1281; said 9.87 acre tract is als out of taht certain 32 acre tract conveyed to Rankin O'Neill by the Veteran's Land Board of Texas by deed recroded in Volume 345, Page 374, Frio County Deed Records.** | Fee Simple | $160,270.00   Fair Market Value | $160,270.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $426,138.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☑ No
- ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____
<br>Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **Debtor has potential causes of actions against Jose Guadalupe Gonzalez, including but not limited to: breach of fiduciary, tortious interference with contract, fraud, and Sections 542 and 548 Claims.** | **Unknown** |
| **Nature of claim**   **Turnover/Tort/Fraud/Fiduciary** | |
| **Amount requested** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **Scrap Metal** | **$400.00** |
| **The following mobile homes are unencumbered:** | |
| **1. 2007 14x56 Mobile Home VIN WG12; and**<br>**2. 2003 14x56 Mobile Home VIN BH12.** | **$26,900.00** |
| **Debtor has an overpayment due from Ritchie Bros. Auctioneers.** | **$11,516.11** |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$38,816.11** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____
Name

---

**Part 12:**  **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $16,944.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $100.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $245,360.97 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,618.25 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,665.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,196,836.50 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................➜ | | $426,138.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $38,816.11 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $3,516,341.79 | + 91b. $426,138.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 .................................................................................... **$3,942,479.79**

---

Official Form 206A/B       **Schedule A/B: Assets -- Real and Personal Property**       page 14

**Fill in this information to identify the case:**

Debtor name  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, I**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.    **Do any creditors have claims secured by debtor's property?**

☐    No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑    Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $104,807.72 | $172,419.20 |
|---|---|---|---|
| **Ally Financial** | | | |

Creditor's mailing address
**P.O. Box 9001948**

**Vehicles**

**Describe the lien**

**Security Interest**

**Louisville         KY    40290-1948**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **Various**

Last 4 digits of account
number                 **9   6   7   1**

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes. Specify each creditor, including this
creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

   **1) Zapata Co. & ZISD Tax Assessor
   Collector; 2) Zapata Co. & ZISD Tax
   Assessor Collector; 3) Zapata Co. &
   ZISD Tax Assessor Collector; 4)
   Zapata Co. & ZISD Tax Assessor
   Collector; 5) Ally Financial.**

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**                                             **$604,765.13**

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.2**   Creditor's name
**Chase Auto Finance**

Creditor's mailing address
**P.O. Box 901076**

_____

_____

**Forth Worth          TX    76101-2076**

Creditor's email address, if known

_____

Date debt was incurred     **6/14/2012**

Last 4 digits of account
number          **5   1   0   9**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

   ☑ No.  Specify each creditor, including this
   creditor, and its relative priority.

   **1) Zapata Co. & ZISD Tax
   Assessor Collector; 2) Zapata
   Co. & ZISD Tax Assessor
   Collector; 3) Zapata Co. & ZISD
   Tax Assessor Collector; 4)
   Zapata Co. & ZISD Tax Assessor
   Collector; 5) Chase Auto Finance.**

   ☐ Yes.  The relative priority of creditors is
   specified on lines  _____

Describe debtor's property that is
subject to a lien

**2012 F150 Vin 3096**

Describe the lien

**Security Interest**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,996.30**          **$12,100.00**

Debtor    **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**    Case number (if known) _____

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.3**

**Creditor's name**
**Compass Bank**

**Creditor's mailing address**
**P.O. Box 192**

_____

_____

**Birmingham          AL    35201-0192**

**Creditor's email address, if known**

_____

**Date debt was incurred    Various**

**Last 4 digits of account number          1   1   1   4**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

       **1) Zapata Co. & ZISD Tax Assessor Collector; 2) Zapata Co. & ZISD Tax Assessor Collector; 3) Zapata Co. & ZISD Tax Assessor Collector; 4) Zapata Co. & ZISD Tax Assessor Collector; 5) Compass Bank.**

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**                    $50,338.39          $65,800.00

**Vehicles**

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____

| **Part 1:** | **Additional Page** | | | Column A | Column B |
|---|---|---|---|---|---|

| | | | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports<br>this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4**

| Creditor's name | Describe debtor's property that is | | |
|---|---|---|---|
| **Equify Financial, L.L.C.** | **subject to a lien** | $42,856.65 | $544,997.04 |

Creditor's mailing address
**777 Main Street, Ste. 3900**

**Vehicle/Trailer/Equipment**

Describe the lien
**Security Interest**

_____

**Fort Worth        TX    76102**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____

Date debt was incurred   _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number           **0   7   7   9**

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the
relative priority?

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

**For The following vehicle, tractor
truck, and trailer is encumbe: 1)
Zapata Co. & ZISD Tax Assessor
Collector; 2) Zapata Co. & ZISD
Tax Assessor Collector; 3)
Zapata Co. & ZISD Tax Assessor
Collector; 4) Zapata Co. & ZISD
Tax Assessor Collector; 5)
Equify Financial, L.L.C..  For The
following equipment is
encumbered to Equify Financial:
: 1) Zapata Co. & ZISD Tax
Assessor Collector; 2) Zapata
Co. & ZISD Tax Assessor
Collector; 3) Zapata Co. & ZISD
Tax Assessor Collector; 4)
Zapata Co. & ZISD Tax Assessor
Collector; 5) Equify Financial,
L.L.C..  For Bank Account with
Zapata National Bank. : 1) Equify
Financial, L.L.C..  For Accounts
Receivables : 1) Equify Financial,
L.L.C..  For Accounts
Receivables: 1) Equify Financial,
L.L.C..  For Debtor has an
overpayment due from Ritchie
Bros. Auctioneers.: 1) Equify
Financial, L.L.C..**

☐ Yes.  The relative priority of creditors is
specified on lines   _____

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.5**

| Creditor's name | Describe debtor's property that is subject to a lien | $107,683.32 | $133,987.00 |
|---|---|---|---|
| **Ford Credit** | | | |

Creditor's mailing address
**P.O. Box 650575**

Describe the lien
**Security Interest**

_____

_____

Is the creditor an insider or related party?

**Dallas                     TX     75265-0575**

☑ No

Creditor's email address, if known

☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred     **Various**

☑ No

Last 4 digits of account
number                **9   9   1   9**

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent

☐ No

☐ Unliquidated

☑ Yes.  Have you already specified the
relative priority?

☐ Disputed

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

**1) Zapata Co. & ZISD Tax
Assessor Collector; 2) Zapata
Co. & ZISD Tax Assessor
Collector; 3) Zapata Co. & ZISD
Tax Assessor Collector; 4)
Zapata Co. & ZISD Tax Assessor
Collector; 5) Ford Credit.**

☐ Yes.  The relative priority of creditors is
specified on lines _____

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|--|--|--|--|--|

**2.6**

**Creditor's name**
**Frio County Appraisal  District**

**Creditor's mailing address**
**P.O. Box 1129**

_____

_____
**Pearsall          TX    78061-1129**

**Creditor's email address, if known**

_____

Date debt was incurred    **Various**

**Last 4 digits of account
number             6   1   8   6**

**Do multiple creditors have an interest in
the same property?**

☐ No
☑ Yes.  Have you already specified the
relative priority?

  ☑ No.  Specify each creditor, including this
  creditor, and its relative priority.

  **1) Frio County Appraisal  District;**
  **2) Frio County Appraisal  District;**
  **3) Zapata National Bank.**

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Real Property (Dilley)**

**Describe the lien**

**2015-2016 Base Taxes**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $4,327.30 | $160,270.00 |
|-----------|-------------|

**2.7**

**Creditor's name**
**Frio County Appraisal  District**

**Creditor's mailing address**
**P.O. Box 1129**

_____

_____
**Pearsall          TX    78061-1129**

**Creditor's email address, if known**

_____

Date debt was incurred   _____

**Last 4 digits of account
number             6   1   8   6**

**Do multiple creditors have an interest in
the same property?**

☐ No
☑ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is
  specified on lines  **2.6**

**Describe debtor's property that is
subject to a lien**

**Real Property (Dilley)**

**Describe the lien**

**2015 P&I**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $238.00 | $160,270.00 |
|---------|-------------|

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.8**

| Creditor's name | Describe debtor's property that is | | |
|---|---|---|---|
| **John Deer** | **subject to a lien** | $19,048.34 | $280,000.00 |

Creditor's mailing address
**6400 NW 86th Street**

Describe debtor's property that is
subject to a lien

**Equipment**

Describe the lien

**Security Interest**

**Johnston          IA      50131-6600**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Date debt was incurred      **Various**

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number                  **9   2   8   6**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
            relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No.  Specify each creditor, including this
         creditor, and its relative priority.

**1) Zapata Co. & ZISD Tax
Assessor Collector; 2) Zapata Co.
& ZISD Tax Assessor Collector;
3) Zapata Co. & ZISD Tax
Assessor Collector; 4) Zapata Co.
& ZISD Tax Assessor Collector;
5) John Deer.**

☐ Yes.  The relative priority of creditors is
         specified on lines _____

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.9**   Creditor's name
**TD Auto Finance**

Describe debtor's property that is subject to a lien

**2011 Ford F-250 VIN 2631**

$10,905.17   $36,675.00

Creditor's mailing address
**2777 Frankline Rd.**
_____

_____

**Farmington Hills     MI     48334**

Creditor's email address, if known
_____

Date debt was incurred     **10/24/2012**

Last 4 digits of account
number                   **9   7   4   3**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this
　　　creditor, and its relative priority.

**1) Zapata Co. & ZISD Tax
Assessor Collector; 2) Zapata Co.
& ZISD Tax Assessor Collector;
3) Zapata Co. & ZISD Tax
Assessor Collector; 4) Zapata Co.
& ZISD Tax Assessor Collector;
5) TD Auto Finance.**

　☐ Yes. The relative priority of creditors is
　　　specified on lines _____

Describe the lien
**Security Interest**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____

| **Part 1:** | **Additional Page** | | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.10**

| Creditor's name | Describe debtor's property that is | | **$31,046.74** | **$308,000.00** |
|---|---|---|---|---|
| **Wells Fargo Bank** | subject to a lien | | | |

**Creditor's mailing address**   **Business Customer Care**

**Equipment**

**P.O. Box 348750**

**Describe the lien**

**Security Interest**

_____

**Is the creditor an insider or related party?**

**Sacramento    CA   95834**

☑ No

**Creditor's email address, if known**

☐ Yes

_____

**Is anyone else liable on this claim?**

**Date debt was incurred**   _____

☑ No

**Last 4 digits of account number**   **4   7   0   0**

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No

☐ Contingent

☑ Yes.  Have you already specified the relative priority?

☐ Unliquidated

☐ Disputed

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Zapata Co. & ZISD Tax Assessor Collector; 2) Zapata Co. & ZISD Tax Assessor Collector; 3) Zapata Co. & ZISD Tax Assessor Collector; 4) Zapata Co. & ZISD Tax Assessor Collector; 5) Wells Fargo Bank.**

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.11** Creditor's name
**Zapata Co. & ZISD Tax Assessor Collec**

Creditor's mailing address
**200 E. 7th Ave., Suite 226**

_____

_____

**Zapata**          **TX**   **78076-2959**

Creditor's email address, if known

_____

Date debt was incurred     **Various**

Last 4 digits of account number     **8 9 2 9**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

☑ No.  Specify each creditor, including this creditor, and its relative priority.

**For (10) Desks with Chair; (1) Conference Table with 4 Chairs; (: 1) Zapata Co. & ZISD Tax Assessor Collector; 2) Zapata Co. & ZISD Tax Assessor Collector; 3) Zapata Co. & ZISD Tax Assessor Collector; 4) Zapata Co. & ZISD Tax Assessor Collector. For (13) Computers; (2) Laptops; (7) Printers; (2) Paper Shredde: 1) Zapata Co. & ZISD Tax Assessor Collector; 2) Zapata Co. & ZISD Tax Assessor Collector; 3) Zapata Co. & ZISD Tax Assessor Collector; 4) Zapata Co. & ZISD Tax Assessor Collector.  For The following vehicle is encumbered to Chase Auto Finance:  : See 2.2. For The following vehicle is encumbered to TD Auto Finance: 1. : See 2.9. For The following vehicle, tractor truck, and trailer is encumbe: See 2.4.  For The following vehicles are encumbered to Ally Financial:  1.: See 2.1. For The following vehicles are encumbered to Compass Bank:  1.  : See 2.3. For The following vehicles are encumbered to Ford Motor Credit: : See 2.5. For The following vehicls, tractor trucks, and trailers are unen: 1) Zapata Co. & ZISD Tax Assessor Collector; 2)**

Describe debtor's property that is subject to a lien

**Personal Property-R R**

Describe the lien
**2014-2016 Base Tax**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,076.78**        **$3,004,846.50**

Zapata Co. & ZISD Tax Assessor

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral** |
| | | | Do not deduct the | **that supports** |
| | | | value of collateral. | **this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.12** Creditor's name
**Zapata Co. & ZISD Tax Assessor Collec**

Creditor's mailing address
**200 E. 7th Ave., Suite 226**

_____

_____

**Zapata            TX      78076-2959**

Creditor's email address, if known

_____

Date debt was incurred     **Various**

Last 4 digits of account
number               **8    3    2    9**

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
specified on lines **2.1, 2.2, 2.3, 2.4, 2**

Describe debtor's property that is
subject to a lien

**Personal Property-R**

Describe the lien

**2014 & 2015 P&I/2014 Atty. Fees**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $1,662.89 | $3,004,846.50 |
|---|---|

**2.13** Creditor's name
**Zapata Co. & ZISD Tax Assessor Collec**

Creditor's mailing address
**200 E. 7th Ave., Suite 226**

_____

_____

**Zapata            TX      78076-2959**

Creditor's email address, if known

_____

Date debt was incurred     **Various**

Last 4 digits of account
number               **1    1    8    5**

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

   ☑ No.  Specify each creditor, including this
creditor, and its relative priority.

   **1) Zapata Co. & ZISD Tax
Assessor Collector; 2) Zapata Co.
& ZISD Tax Assessor Collector.**

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**Real Property (Las Palmas)**

Describe the lien

**2014-2016 Tax Base**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $19,290.02 | $225,909.00 |
|---|---|

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____

| **Part 1:** | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the
value of collateral.

**Column B**
**Value of collateral
that supports
this claim**

---

**2.14** Creditor's name
**Zapata Co. & ZISD Tax Assessor Collec**

Creditor's mailing address
**200 E. 7th Ave., Suite 226**

_____

_____

**Zapata          TX     78076-2959**

Creditor's email address, if known

_____

Date debt was incurred     **Various**

Last 4 digits of account
number                    **1   1   8   5**

Do multiple creditors have an interest in
the same property?

☐ No
☒ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☒ Yes.  The relative priority of creditors is
   specified on lines **2.13**

Describe debtor's property that is
subject to a lien
**Real Property (Las Palmas)**

Describe the lien
**2014-2015 P&I/2014 Atty. Fees**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,593.88          $225,909.00

---

**2.15** Creditor's name
**Zapata Co. & ZISD Tax Assessor Collec**

Creditor's mailing address
**200 E. 7th Ave., Suite 226**

_____

_____

**Zapata          TX     78076-2959**

Creditor's email address, if known

_____

Date debt was incurred     **Various**

Last 4 digits of account
number                    **6   9   3   1**

Do multiple creditors have an interest in
the same property?

☐ No
☒ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☒ Yes.  The relative priority of creditors is
   specified on lines **2.1, 2.2, 2.3, 2.4, 2**

Describe debtor's property that is
subject to a lien
**Personal Property-H**

Describe the lien
**2014-2016 Tax Base**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,533.15          $3,004,846.50

---

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**2.16**  **Creditor's name**
**Zapata Co. & ZISD Tax Assessor Collec**

**Creditor's mailing address**
**200 E. 7th Ave., Suite 226**
_____

_____

**Zapata**              **TX**      **78076-2959**

**Creditor's email address, if known**
_____

Date debt was incurred      **Various**

Last 4 digits of account
number            **6   9   3   1**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is
  specified on lines  **2.1, 2.2, 2.3, 2.4, 2**

**Describe debtor's property that is**
**subject to a lien**

**Personal Property-H**

**Describe the lien**
**2014-2015 P&I/2014 Atty. Fees**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,404.54**    Column B: **$3,004,846.50**

---

**2.17**  **Creditor's name**
**Zapata National Bank**

**Creditor's mailing address**
**P.O. Box 100**

**7th and Hidalgo Blvd.**
_____

**Zapata**              **TX**      **78076**

**Creditor's email address, if known**
_____

Date debt was incurred _____

Last 4 digits of account
number            **2   5   6   2**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is
  specified on lines  **2.6**

**Describe debtor's property that is**
**subject to a lien**

**S BI 35D**

**Describe the lien**
**Deed of Trust/Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$158,753.33**    Column B: **$160,270.00**

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

|  |  |  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**2.18**

**Creditor's name**
**Zapata National Bank**

**Creditor's mailing address**
**P.O. Box 100**

**7th and Hidalgo Blvd.**

_____

**Zapata          TX    78076**

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**      **1   1   7   6**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**            $20,202.61          $39,959.00

**Bell Camp**

**Describe the lien**

**Deed of Trust**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fill in this information to identify the case:**

Debtor __**Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, I**__

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

Total claim          Priority amount

Debtor  __Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LL__   Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1**  Nonpriority creditor's name and mailing address

**$4,500.00**

**Abel Garcia**

**P.O. Box 401**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Cotulla**          **TX**    **78014**

Basis for the claim:
**Rent**

Date or dates debt was incurred    **4/1/2016**

Last 4 digits of account number    **H   a   w   k**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**  Nonpriority creditor's name and mailing address

**$539.78**

**AmeriGas**

**P.O.Box 371473**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pittsburgh**       **PA**    **15250-7473**

Basis for the claim:
**Goods Sold**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    **0   4   2   4**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**  Nonpriority creditor's name and mailing address

**$944.92**

**AT&T Capital Services Inc.**

**13160 Collections Center Drive**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**          **IL**    **60693**

Basis for the claim:
**Leased Equipmnet**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**  Nonpriority creditor's name and mailing address

**$12,016.41**

**AT&T Mobility Corp./SHV**

**P.O. Box 6463**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**     **IL**    **60197-6463**

Basis for the claim:
**Services Rendered**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI** | Case number (if known) | _____ |

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

**BackDraft Magazine**

**1216 E. Kenosha St., Ste. 156**

_____

**Broken Arrow**            **OK     74012**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Advertising**

Is the claim subject to offset?
☑ No
☐ Yes

**$95.00**

---

**3.6** Nonpriority creditor's name and mailing address

**DCSJ Transportation**

**P.O. Box 239**

_____

**Cotulla**            **TX     78014**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,530.00**

---

**3.7** Nonpriority creditor's name and mailing address

**Fleetmatics**

**P.O. Box 347472**

_____

**Pitssburgh**            **PA     15251-4472**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    **4   8   2   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lease & Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$235,560.00**

---

**3.8** Nonpriority creditor's name and mailing address

**Frio Reginal Hospital**

**200 S. IH 35**

**Pearson, Texas 780461**

_____

Date or dates debt was incurred    **Various**

Last 4 digits of account number    **7   4   9   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,501.00**

---

Debtor  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**   Nonpriority creditor's name and mailing address

**Grainger**

**P.O. Box 419267**

_____

**Kansas City**              **MO**      **64141-6267**

Date or dates debt was incurred        **3/11/2015**

Last 4 digits of account number     **0   7   9   6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit**

Is the claim subject to offset?
☑ No
☐ Yes

**$325.00**

---

**3.10**   Nonpriority creditor's name and mailing address

**Holt CAT**

**P.O. Box 911975**

_____

**Dallas**                   **TX**      **75391-1975**

Date or dates debt was incurred        **11/11/2015**

Last 4 digits of account number     **4   1   6   0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Rental Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$49,372.72**

---

**3.11**   Nonpriority creditor's name and mailing address

**Internal Revenue Service**

**300 E. 8th Street**

**M/S 5026 AUS**

_____

**Austin**                   **TX**      **78701**

Date or dates debt was incurred        **Various**

Last 4 digits of account number         **9   6   0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**2012 Civil Penalty & 2011-2012 2290**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

---

**3.12**   Nonpriority creditor's name and mailing address

**J & J Pipe & Supply, Inc.**

**P.O. Box 276**

_____

**Ganado**                   **TX**      **77962**

Date or dates debt was incurred        **Various**

Last 4 digits of account number     **O   I   S   E**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Materials**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,066.70**

---

Debtor **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.13** Nonpriority creditor's name and mailing address

**Jesse's Start Muffler & Truck, Inc.**

**300 North McColl Rd.**

**McAllen**          **TX**      **78501**

Date or dates debt was incurred      **11/8/2014**

Last 4 digits of account number      _ _  **8**  **4**  **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$627.00**

---

**3.14** Nonpriority creditor's name and mailing address

**John Deer**

**6400 NW 86th Street**

**Johnston**          **IA**      **50131-6600**

Date or dates debt was incurred

Last 4 digits of account number      **2**  **8**  **5**  **4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,706.59**

---

**3.15** Nonpriority creditor's name and mailing address

**John Deer**

**6400 NW 86th Street**

**Johnston**          **IA**      **50131-6600**

Date or dates debt was incurred

Last 4 digits of account number      **0**  **2**  **1**  **0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,676.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Laredo Discount Metals**

**P.O. Box 3032**

**Laredo**          **TX**      **78044**

Date or dates debt was incurred      **Various**

Last 4 digits of account number      **H**  **1**  **4**  **8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit**

Is the claim subject to offset?
☑ No
☐ Yes

**$716.24**

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8,078.62 |

**Laredo Medical Center**

**P.O. Box 849076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX      75284-9076**

Basis for the claim:
**For Services Rendered**

Date or dates debt was incurred      **2/26/2016**

Last 4 digits of account number      **6   3   8   2**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,330.77 |

**MAAG Supply**

**112 Pump Rd.**

**6602 Stop 66A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Zapata**                    **TX      78076**

Basis for the claim:
**Supplies**

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $913.36 |

**Materiales Pena, LLC**

**4941 East Highway 83**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Escobares**                    **TX      78584**

Basis for the claim:
**Materials**

Date or dates debt was incurred      **6/2/2015**

Last 4 digits of account number      **9   5   8   9**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,694.78 |

**Mission Vaccum & Pump Truck Services**

**P.O. Box 1935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mission**                    **TX      78573**

Basis for the claim:
**For Services Rendered**

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$3,694.78

**Moises Maravilla**

**2201 E. Ingle Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Edinburg          TX     78542**

Basis for the claim:
**For Services Rendered**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$460.00

**Napa Auto Parts Hallettsville**

**212 N. Main**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Hallettsville      TX     77964**

Basis for the claim:
**Parts**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$2,961.60

**PC Medina Computer Repair Solutions**

**7002 Pradera Ln.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Palmview           TX     78572**

Basis for the claim:
**For Services Rendered**

Date or dates debt was incurred          **Various**

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$456.89

**Peter Venegas, Inc./STWS**

**P.O. Box 451804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Laredo             TX     78045**

Basis for the claim:
**For Services Rendered**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**  Nonpriority creditor's name and mailing address

**Pitney Bowes/Purchase Power**

**P.O. Box 371874**

_____

**Pittsburgh**              **PA**      **15250-7874**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lease & Postage**

Is the claim subject to offset?
☑ No
☐ Yes

$786.32

---

**3.26**  Nonpriority creditor's name and mailing address

**Prax Air Distribution**

**3419 Clark Blvd.**

**Laredo, Texas 2289.39**

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Rental/Parts**

Is the claim subject to offset?
☑ No
☐ Yes

$2,289.00

---

**3.27**  Nonpriority creditor's name and mailing address

**Pueblo Tires & Service**

**1919 W. Business 83**

_____

**McAllen**              **TX**      **78501**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Tires**

Is the claim subject to offset?
☑ No
☐ Yes

$838.62

---

**3.28**  Nonpriority creditor's name and mailing address

**Rio Grande Valley Emergency Physicians**

**6316 N. 10th Street**

_____

**McAllen**              **TX**      **78504**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$377.00

---

Debtor __Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll__     Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: Check all that apply.

$580.00

__Sherwin-Williams__

☐ Contingent

__1111 Hillside Rd.__

☐ Unliquidated
☐ Disputed

Basis for the claim:

__Laredo__                 __TX__     __78041__         __Paint__

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: Check all that apply.

$3,500.00

__Silva Housemovers & Company, Inc.__

☐ Contingent

__P.O. Box 428__

☐ Unliquidated
☐ Disputed

Basis for the claim:

__Mission__                 __TX__     __78573__         __For Services Rendered__

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: Check all that apply.

$15,397.38

__Team Housing Solutions, Inc.__

☐ Contingent

__1619 Common St., Ste. 101__

☐ Unliquidated
☐ Disputed

Basis for the claim:

__New Braunfels__                 __TX__     __78130-3453__         __Rental__

Date or dates debt was incurred __Various__     Is the claim subject to offset?

Last 4 digits of account number __6__ __7__ __3__ __1__     ☑ No
☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: Check all that apply.

$2,957.34

__Texas Fleet Supply__

☐ Contingent

__P.O. Box 6026__

☐ Unliquidated
☐ Disputed

Basis for the claim:

__Austin__                 __TX__     __78762-6026__         __Supplies__

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
☐ Yes

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.33**   Nonpriority creditor's name and mailing address | **$237,004.17** |

| | |
|---|---|
| **Texas Tandem Trucking, Ltd.** | As of the petition filing date, the claim is: *Check all that apply.* |
| **C/O Dick Harris** | ☐ Contingent |
| **P.O. Box 3835** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| **Abilene**          **TX**     **79604-3835** | **Services Rendered** |
| Date or dates debt was incurred   **Various** | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☑ No   ☐ Yes |

| | |
|---|---|
| **3.34**   Nonpriority creditor's name and mailing address | **$275.00** |

| | |
|---|---|
| **The APB Magazine** | As of the petition filing date, the claim is: *Check all that apply.* |
| **505 Eighth Ave., Ste. 1004** | ☐ Contingent |
| **New York, 10018** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| | **Advertising** |
| Date or dates debt was incurred   **Various** | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☑ No   ☐ Yes |

| | |
|---|---|
| **3.35**   Nonpriority creditor's name and mailing address | **$200.00** |

| | |
|---|---|
| **The Deputy's Association** | As of the petition filing date, the claim is: *Check all that apply.* |
| **15634 Wallisville Rd., Ste. 800-188** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| **Houston**          **TX**     **77049** | **Advertising** |
| Date or dates debt was incurred   **Various** | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☑ No   ☐ Yes |

| | |
|---|---|
| **3.36**   Nonpriority creditor's name and mailing address | **$1,219.97** |

| | |
|---|---|
| **Time Warner Cable** | As of the petition filing date, the claim is: *Check all that apply.* |
| **P.O. Box 60074** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| **City of Industry**          **CA**     **91716-0074** | **For Services Rendered** |
| Date or dates debt was incurred   **9/14/2014** | **Is the claim subject to offset?** |
| Last 4 digits of account number   **5   7   7   1** | ☑ No   ☐ Yes |

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,805.00 |

**Tractor Supply Co.**

**P.O. Box 689020**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Des Moines**          IA     **50368-9020**

Basis for the claim:
**Need to Find Out**

Date or dates debt was incurred     _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,675.49 |

**UniFirst Corporation Location #816**

**c/o Kyle E. Niell, P.C.**

**11550 W. IH-10, Ste. 287**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio**          TX     **78230-1063**

Basis for the claim:
**Rental Contract**

Date or dates debt was incurred     _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     _3_ _1_ _A_ _D_

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,059.54 |

**United Rentals, Inc.**

**P.O. Box 840514**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**          TX     **75284-0514**

Basis for the claim:
**Rentals**

Date or dates debt was incurred     _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.00 |

**Villarreal LP Gas**

**P.O. Box 3234**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Zapata**          TX     **78076**

Basis for the claim:
**Need to Find Out**

Date or dates debt was incurred     _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Vivint**

**4931 North 300 West**

**Basis for the claim:**

**For Services Rendered**

**Provo**          **UT   84604**

**Date or dates debt was incurred   Various**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

$229.59

Debtor   __Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI__   Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.   **Total claims from Part 1**                                5a.   **$0.00**

5b.   **Total claims from Part 2**                                5b. **+**   **$673,419.58**

5c.   **Total of Parts 1 and 2**                                 5c.   **$673,419.58**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, I**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease to Purchase<br>Contract to be ASSUMED | Arturo Lopez |
| | | | 305 Irene Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Zapata                    TX        78076 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease & Services Rendered<br>Contract to be ASSUMED<br>Contract is in DEFAULT | Fleetmatics |
| | | | P.O. Box 347472 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Pittsburgh              PA        15251-4472 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Lease to Purchase<br>Contract to be ASSUMED | Roberto Collett |
| | | | 314 Lake Shore Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Zapata                    TX        78076 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Rental Contract<br>Contract to be ASSUMED<br>Contract is in DEFAULT | UniFirst Corporation Location #816 |
| | | | c/o Kyle E. Niell, P.C. |
| | | | 11550 W. IH-10, Ste. 287 |
| | State the term remaining | | |
| | List the contract number of any government contract | | San Antonio            TX        78230-1063 |

**Fill in this information to identify the case:**

Debtor name __**Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, I**__

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

**Schedule H: Codebtors** 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LLP/Horizonte I**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals        12/15

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................... | **$426,138.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................. | **$3,516,341.79** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................... | **$3,942,479.79** |

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.................. | **$604,765.13** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................... | **$0.00** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+   $673,419.58** |

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................... | **$1,278,184.71** |

**Fill in this information to identify the case and this filing:**

Debtor Name    **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, I**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/17/2016**
　　　　　　MM / DD / YYYY

X **/s/ Roberto Lopez**
Signature of individual signing on behalf of debtor

**Roberto Lopez**
Printed name

**President**
Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name __**Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, I**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| | | | | | Gross revenue |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2016** to | Filing date | ☑ Operating a business<br>☑ Other  **Non-Surviving Entities** | **$408,014.38** |
| **For prior year:** | From **01/01/2015** to | **12/31/2015** | ☑ Operating a business<br>☑ Other  **Non-Surviving Entities** | **$8,746,168.94** |
| **For the year before that:** | From **01/01/2014** to | **12/31/2014** | ☑ Operating a business<br>☑ Other  **Non-Surviving Entities** | **$19,724,741.56** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Thomas R. & Cathy Youngblut**<br>Creditor's name<br>**1900 Oakridge Drive**<br>Number      Street<br><br>**Portland**          **TX**   **78374**<br>City                State   ZIP Code | 2/29/2016;<br>4/4/2016;<br>and<br>4/27/2016. | **$12,507.45** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**    Case number (if known) _____

 Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.2. **Zapata National Bank**

 Creditor's name

 **P.O. Box 100**

 Number   Street

 **7th and Hidalgo Blvd.**

3/18/2016;
4/7/2016;
and
5/9/2016

$7,727.58

Reasons for payment or transfer
*Check all that apply*

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

 **Zapata**    **TX    78076**

 City     State    ZIP Code

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1. **Roberto Lopez**

 Insider's name

 **405 Jackson Street**

 Number   Street

4/1/2016-
4/21/2016

$24,005.00

**Reimbursements**

 **Zapata**    **TX    78076**

 City     State    ZIP Code

 Relationship to debtor

 **President**

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.2. **Roberto Lopez, Jr.**

 Insider's name

 **1819 N. Siesta Lane**

 Number   Street

2/1/2016-
5/13/2016

$846.07

**Reimbursements**

 **Zapata**    **TX    78076**

 City     State    ZIP Code

 Relationship to debtor

 **Secretary/Treasurer**

---

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 2

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known)   _____
                 Name

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Unfirst Corporation Location 816 v. Hawk Oil Field Service, Inc.** | **Breach of Contract** | **American Arbitration Association**<br>Name<br><br>Number   Street<br><br>City                          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**01-15-0005-8673** | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Pete's Embroidery Shop**<br>Recipient's name<br>**1402 Hidalgo Street**<br>Number      Street<br><br>**Zapata**          **TX**   **78076**<br>City                State   ZIP Code<br><br>Recipient's relationship to debtor<br>**Third-Party** | **Money** | **6/9/2014;<br>6/11/2014;<br>1/14/2015;<br>1/16/2005; and<br>1/29/2015;** | **$2,654.34** |
| 9.2. | **Boder Chapter API**<br>Recipient's name<br>**P.O. Box 2644**<br>Number      Street<br><br>**Laredo**          **TX**   **78044**<br>City                State   ZIP Code<br><br>Recipient's relationship to debtor<br>**Third-Party** | **Money** | **10/23/2014<br>3/27/2015; and<br>4/5/2016** | **$5,600.00** |

Debtor  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**    Case number (if known) _____
Name

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.3. | **Boys & Girls Club of Zapata**<br>Recipient's name<br>**302 6th Street**<br>Number    Street<br><br>**Zapata          TX     78076**<br>City                State  ZIP Code<br><br>**Recipient's relationship to debtor**<br>**Thirdd Party** | | **1/28/2015; and**<br>**2/6/2015** | **$3,000.00** |
| 9.4. | **Judge Ramon Benavides**<br>Recipient's name<br>**301 E. 17th Ave.**<br>Number    Street<br><br>**Zapata          TX     78076**<br>City                State  ZIP Code<br><br>**Recipient's relationship to debtor**<br>**Third-Party** | **Money** | **5/9/2014;**<br>**5/16/2014;**<br>**5/28/2014; and**<br>**6/5/2014** | **$6,975.00** |

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Campero & Associates, P.C.**<br><br>**Address**<br><br>**315 Calle Del Norte, Suite 207**<br>Number    Street<br><br>**Laredo          TX     78041**<br>City                State  ZIP Code<br><br>**Email or website address**<br>**acampero@camperolaw.com**<br><br>**Who made the payment, if not debtor?** | | **2/9/2016** | **$25,000.00** |

Debtor    **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**    Case number *(if known)* _____

Name

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. **United States Bankruptcy Court** | | **5/13/2016** | **$1,717.00** |

**Address**

**1300 Victoria Street**
Number    Street

**Laredo**      **TX**    **78040**
City      State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None

13. **Transfers not already listed on this statement**
    List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Third Parties** | **The following property was sold via auction by Ritchie Bros Auctioneers (America), Inc. on behalf of R R Rental Service, L.L.P.:** | **11/11/2015** | **$130,500.00** |

**Address**

**Unknown**
Number    Street

_____
City      State    ZIP Code

**Relationship to debtor**

**Third-Party**

**1. 2012 Lamar GN20K 26 Ft. T/A Gooseneck Equipment Trailer VIN 2186;**
**2. 2012 Ford F-350 VIN 1613;**
**3. 2012 Ford F-350 VIN 6392;**
**4. 2011 Chevrolet 3500 VIN 6261;**
**5. Ford F-150 VIN 6776;**
**6. 2013 Ford F-150 VIN 8531;**
**7. 2013 Ford F-150 VIN 1328;**
**8. 2013 Ford F-150 VIN 3318;**
**9. 2011 Dodge 1500 VIN 7017; and**
**10. 2010 Ford F-150 VIN 0574.**

| Debtor | **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Third Parties** | **The following property was sold via auction by Ritchie Bros Auctioneers (America), Inc.  on behalf of R R Rental Service, L.L.P.:** | **8/26/2015** | **$70,000.00** |
| | **Address** | | | |
| | **Unknown** | **1.  2006 John Deere 770D Motor Grader VIN 8050.** | | |
| | Number    Street | | | |
| | _____ | | | |
| | City            State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Third-Party** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Equify Auctions, L.L.C.** | **1.  2005 JLG Sky Trak Model 6036 SN 1830;** | **9/15/2015** | **$70,000.00** |
| | **Address** | **2.  2011 Dynapac CA250D SN 7651;** | | |
| | **12193 Interstate 20** | **3.  Ingersoll Rand SD100D SN 1988; and** | | |
| | Number    Street | **4.  Ingersoll Rand SD100F SN 3467.** | | |
| | **Cisco            TX    76437** | **(R R Rental Service, L.L.P.)** | | |
| | City            State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Third-Party** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.4. | **Equify Auctions, L.L.C.** | **1.  2011 Powerscreen Turbo Chieftain 1400 SN 2159; and** | **4/27/2015** | **$110,000.00** |
| | **Address** | **2.  2011 Powerscreen 60' Radial Stacker Conveyor SN 4329.** | | |
| | **24280 Interstate 20** | | | |
| | Number    Street | **(Hawk Oil Field Service, Inc.)** | | |
| | **Wills Point      TX    75169** | | | |
| | City            State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Third-Party** | | | |

Debtor  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**   Case number (if known) _____
     Name

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.5. | **Sergio P. Martinez** | **2012 Ford F-250 VIN 2247** | **10/5/2015** | **$10,000.00** |
| | Address | **(Hawk Oil Field Service, Inc.)** | | |
| | **3347 Stop 33C** | | | |
| | Number   Street | | | |
| | **Austin**    **TX**   **78076** | | | |
| | City    State   ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Third-Party** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.6. | **Pedro Alberto Moreno** | **2005 Dodge Ram 3500 VIN 3225** | **8/15/2015** | **$700.00** |
| | Address | | | |
| | **2005 Rice Ave.** | | | |
| | Number   Street | | | |
| | **McAllen**    **TX**   **78503** | | | |
| | City    State   ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Third-Party** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.7. | **Escamilla Ford** | **2012 Ford F-150 VIN 4969** | **6/10/2015** | **$26,500.00** |
| | Address | **(Hawk Oil Field Service, Inc.)** | | |
| | **301 E. Galbraith Street** | | | |
| | Number   Street | | | |
| | **Hebbronville**    **TX**   **78361** | | | |
| | City    State   ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Third-Party** | | | |

Debtor  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**  Case number (if known) _____
      Name

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.8. | **Chavez Equipment, L.L.C.** | **1. 2001 Acur Lowboy Trailer VIN 5944; and** | **7/30/2015** | **$60,000.00** |
| | **Address** | **2. 2008 JD Excavator 200C SN 7519.** | | |
| | **1301 E. Military Hwy 281** | | | |
| | Number     Street | **(R R Rental Service, L.L.P.)** | | |
| | **Pharr**    **TX**  **78577** | | | |
| | City    State  ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Third-Party** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.9. | **Chavez Equipment, L.L.C.** | **1. 2002 CAT 300BL Excavator SN 5098; and** | **8/28/2015** | **$58,500.00** |
| | **Address** | **2. 2003 JD 310G Backhoe SN 3765.** | | |
| | **1301 E. Military Hwy 281** | | | |
| | Number     Street | **(R R Rental Service, L.L.P.)** | | |
| | **Pharr**    **TX**  **78577** | | | |
| | City    State  ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Third-Party** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.10. | **Third Parties** | **The following property was sold via auction by Manheim San Antonio  on behalf of Hawk Oil Field Service, Inc.:** | **6/10/2015** | |
| | **Address** | | | |
| | **Unknown** | **1. 2011 Ford F-350 VIN 3252;** | | |
| | Number     Street | **2. 2011 Ford F-350 VIN 7417;** | | |
| | | **3. 2015 Ford F-250 VIN 7211;** | | |
| | City    State  ZIP Code | **4. 2011 Chevrolet 3500 VIN 9656;** | | |
| | **Relationship to debtor** | **5. 2011 Ford F-250 VIN 5584; and** | | |
| | **Third-Party** | **6. 2013 Ford F-350 VIN 7982.** | | |

Debtor  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**          Case number (if known)  _____

Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.11.  **Cody Watson**

**2004 Ford F-150**

**12/23/2015**          **$2,750.00**

Address

**(Hawk Oil Field Service, Inc.)**

**P.O. Box 573**

Number     Street

**Luling**          **TX**     **78048**

City          State     ZIP Code

Relationship to debtor

**Third-Party**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.12.  **Roberto Collett**

**1. 2012 Ford F-350; and**
**2. 2015 Ford F-150**

**8/6/2015**          **$61,063.43**

Address

**(This vehicles were sold under a Lease to Purchase Agreement.)**

**314 Lake Shore Drive**

Number     Street

**(Hawk Oil Field Service, Inc.)**

**Zapata**          **Tx**     **78076**

City          State     ZIP Code

Relationship to debtor

**Third-Paty**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.13.  **Arturo Lopez**

**2007 Ford F-150**

**9/1/2015**          **$15,000.00**

Address

**(This vehicles were sold under a Lease to Purchase Agreement.)**

**305 Irene Drive**

Number     Street

**(Hawk Oil Field Service, Inc.)**

**Zapata**          **TX**     **78076**

City          State     ZIP Code

Relationship to debtor

**Third-Party**

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**     Case number (if known)  _____
       Name

## Part 8:   Health Care Bankruptcies

**15.  Health Care bankrupties**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained
**Personal Information for 1099 Purposes**

Does the debtor have a privacy policy about that information?
☑ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **International Bank of Commerce**<br>Name<br>**U.S. Hwy 83 at 10th Ave.**<br>Number    Street<br><br>**Zapata**　　　　**TX**　**78076**<br>City　　　　State　ZIP Code | **XXXX-** 5 9 0 3 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 4/11/2016 | $18,850.71 |

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**      Case number (if known)   _____
         Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.2. **Zapata National Bank**<br>Name<br>**P.O. Box 100**<br>Number    Street<br><br>**Zapata**          **TX**    **78076**<br>City             State   ZIP Code | **XXXX-** _8_ _2_ _0_ _3_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other  _____ | _4/8/2016_ | _$419.25_ |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.3. **Zapata National Bank**<br>Name<br>**P.O. Box 100**<br>Number    Street<br><br>**Zapata**          **TX**    **78076**<br>City             State   ZIP Code | **XXXX-** _5_ _9_ _1_ _3_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other  _____ | _4/8/2016_ | _$823.28_ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

Debtor **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____
Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

**Roberto Lopez**
Name

**405 Jackson Street**
Number    Street

_____

**Zapata          TX     78046**
City                    State    ZIP Code

**226 Las Palmas Road**

_____

**Zapata          TX     78046**

1.   **1993 Reynolds Scraper 1510C SN 9372;**
2.   **1996 Reynolds Scraper 1510C SN 9373;**
3.   **1999 Homade Untility Trailer with Lincoln Welder;**
4.   **New Holland Tractor 314440M SN 9683;**
5.   **Bobcat Skisteer SN 0781;**
6.   **1979 Vermeer 600D Ditch SN 1877;**
7.   **John Deer 8630 SN 065R;**
8.   **John Deerr 8850 SN 7535;**
9.   **Rynolds Scraper 14CF SN 24496;**
10. **Reynolds Scraper 14CF SN 24395;**
11. **John Deer 8630 SN 2467;**
12. **1977 Chevy Hunting Truck VIN 2467;**
13. **CAT D8K SN V500;**
14. **CAT D8H SN 0332'**
15. **1995 John Deer 8970 SN 9786;**
16. **Reynolds 1510C Scraper SN 9372; and**
17. **Reynolds 1510C Scraper SN 93373.**

**$203,500.00**

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

**Roberto Lopez, Jr.**
Name

**1819 N. Siesta Lane**
Number    Street

_____

**Zapata          TX     78076**
City                    State    ZIP Code

**226 Las Palmas Road**

_____

**Zapata          TX     78046**

1. **2003 Ford F-250 VIN 0991;**
2. **1998 Freighliner Tractor VIN 5350;**
3. **Kolbalt Up Right Tol Box with Tools;**
4. **Miller Mig 220 Welder SN 395B;**
5. **Jacks with Jack Stands;**
6. **1983 Clement End Dump Trailer VIN 0186;**
7. **Fregiddair Ref.;**
8. **Racing Auto Parts; and**
9. **Racing Trucks Owned by Third-Parties;**
10. **1998 Freightliner; and**
11. **2008 Tahoe Q7i.**

**$50,195.00**

Debtor    **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**     Case number (if known) _____
<br>Name

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

   ☑ No
<br>   ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No
<br>   ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

   ☑ No
<br>   ☐ Yes. Provide details below.

---

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☑ None

26. **Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

     ☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Garza Martinez & Co., P.L.L.C.**<br>Name<br>**107 Calle Del Norte Drive**<br>Street<br><br>**Laredo**    **TX**    **78041**<br>City    State    ZIP Code | From _____ To _____ |
| 26a.2. | **Riojas Bookkeeping Systems**<br>Name<br>**5705 Springfield Ave.**<br>Street<br><br>**Laredo**    **TX**    **78041**<br>City    State    ZIP Code | From **January** To **Present** |

---

Debtor    **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**    Case number (if known)    _____
<br>Name

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Roberto Lopez | 405 Jackson Street<br>Zapata , TX 78076 | Secretary/Treasurer  / Shares | 100% |
| Roberto Lopez, Jr. | 1819 North Siesta Lane<br>Zapata , TX 78076 | Secretary/Treasurer | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Roberto Lopez**<br>Name<br>**405 Jackson Street**<br>Street<br><br>**Zapata**   **TX**  **78076**<br>City   State  ZIP Code<br><br>**Relationship to debtor**<br>**President** | **Money**<br>**$81,109.57** | **4/1/2015-**<br>**5/13/2016** | **Salary** |

Debtor  __Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll__   Case number (if known)   _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Roberto Lopez**<br>Name<br>**405 Jackson Street**<br>Street<br><br>**Zapata**        **TX**    **78076**<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>**President** | **Money**<br>**$75,534.30** | **4/1/2015-**<br>**4/21/2016** | **Rent** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Hilda Gonzalez**<br>Name<br>**1819 North Siesta Lane**<br>Street<br><br>**Zapata**        **TX**    **78076**<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>**Insider By Relation** | **Money**<br>**$2,500.00** | **3/24/2016** | **Salary** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Betty Lopez**<br>Name<br>**P.O. Box 602**<br>Street<br><br>**Zapata**        **TX**    **78076**<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>**Insider by Relationn** | **Cash**<br>**$300.00** | **3/5/2015** | **Fundraiser** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5. **Roberto Lopez, Jr.**<br>Name<br>**1819 North Siesta Lane**<br>Street<br><br>**Zapata**        **Tx**    **78076**<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>**Secretary/Treasurer** | **Money**<br>**$3,634.40** | **4/29/2016-**<br>**5/13/2016** | **Salary** |

Debtor     __**Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**__     Case number (if known)   _____
           Name

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**05/17/2016**__
           MM / DD / YYYY

**X  /s/ Roberto Lopez**                                            Printed name   **Roberto Lopez**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor   **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(**Official Form 207) attached?

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

In re **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LLP/Horizonte Investments, LLC)**

Case No. _____

Chapter   **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept..........................Hourly: Estimated Total _____**$0.00**

Prior to the filing of this statement I have received....................................................... _____**$25,000.00**

Balance Due..........................................................................Hourly: Approximately _____**($25,000.00)**

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **05/17/2016** | **/s/ Adolfo Campero, Jr.** |
| *Date* | *Adolfo Campero, Jr.*      Bar No.  00793454 |
| | Campero & Associates, P.C. |
| | 315 Calle Del Norte, Suite 207 |
| | Laredo, Texas 78041 |
| | Phone: (956) 796-0330 / Fax: (956) 796-0399 |

---

**/s/ Roberto Lopez**

*Roberto Lopez*
*President*

**Fill in this information to identify the case:**

Debtor name    **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, I**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Texas Tandem Trucking, Ltd. C/O Dick Harris P.O. Box 3835 Abilene, Texas 79604-3835 | | Services Rendered | | | | $237,004.17 |
| 2 | Fleetmatics P.O. Box 347472 Pittsburg, PA 15251-4472 | | Lease & Services Rendered | | | | $235,560.00 |
| 3 | Holt CAT P.O. Box 911975 Dallas, Texas 75391-1975 | | Rental Fees | | | | $49,372.72 |
| 4 | UniFirst Corporation Location #816 c/o Kyle E. Niell, P.C. 11550 W. IH-10, Ste. 287 San Antonio, Texas 78230-1063 | | Rental Contract | | | | $30,675.49 |
| 5 | John Deer 6400 NW 86th Street Johnston, IA 50131-6600 | | Parts | | | | $16,706.59 |

Debtor   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, LI**   Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6  Team Housing Solutions, Inc. 1619 Common St., Ste. 101 New Braunfels, Texas 78130-3453 | | Rental | | | | $15,397.38 |
| 7  John Deer 6400 NW 86th Street Johnston, IA 50131-6600 | | Rental | | | | $13,676.00 |
| 8  AT&T Mobility Corp./SHV P.O. Box 6463 Carol Stream, IL 60197-6463 | | Services Rendered | | | | $12,016.41 |
| 9  Laredo Medical Center P.O. Box 849076 Dallas, Texas 75284-9076 | | For Services Rendered | | | | $8,078.62 |
| 10  United Rentals, Inc. P.O. Box 840514 Dallas, Texas 75284-0514 | | Rentals | | | | $6,059.54 |
| 11  Abel Garcia P.O. Box 401 Cotulla, Tx 78014 | | Rent | | | | $4,500.00 |
| 12  Moises Maravilla 2201 E. Ingle Rd. Edinburg, Texas 78542 | | For Services Rendered | | | | $3,694.78 |
| 13  Mission Vaccum & Pump Truck Services P.O. Box 1935 Mission, Texas 78573 | | For Services Rendered | | | | $3,694.78 |

Debtor  **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service, Ll**  Case number (if known) _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  DCSJ Transportation P.O. Box 239 Cotulla, Texas 78014 | | For Services Rendered | | | | $3,530.00 |
| 15  Silva Housemovers & Company, Inc. P.O. Box 428 Mission, Texas 78573 | | For Services Rendered | | | | $3,500.00 |
| 16  J & J Pipe & Supply, Inc. P.O. Box 276 Ganado, Texas 77962 | | Materials | | | | $3,066.70 |
| 17  Zapata National Bank P.O. Box 100 7th and Hidalgo Blvd. Zapata, Texas 78076 | | Deed of Trust/Security Interest | | $158,753.33 | $155,704.70 | $3,048.63 |
| 18  Internal Revenue Service 300 E. 8th Street M/S 5026 AUS Austin, Texas 78701 | | 2012 Civil Penalty & 2011-2012 2290 | | | | $3,000.00 |
| 19  Chase Auto Finance P.O. Box 901076 Forth Worth, Texas 76101-2076 | | Security Interest | | $2,996.30 | $0.00 | $2,996.30 |
| 20  PC Medina Computer Repair Solutions 7002 Pradera Ln. Palmview, Texas 78572 | | For Services Rendered | Disputed | | | $2,961.60 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE:   **Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service,**          CASE NO
         **LLP/Horizonte Investments, LLC)**

                                                                      CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/17/2016 _____          Signature   _/s/ Roberto Lopez_____

                                                       *Roberto Lopez*
                                                       *President*

Date _____          Signature _____

Debtor(s): **Hawk Oil Field Service, Inc. (S/B/M to R R**   Case No:   **SOUTHERN DISTRICT OF TEXAS**
**Rental Service, LLP/Horizonte Investments,**   Chapter: **11**   **LAREDO DIVISION**

| | | |
|---|---|---|
| Abel Garcia<br>P.O. Box 401<br>Cotulla, Tx 78014 | Equify Financial, L.L.C.<br>777 Main Street, Ste. 3900<br>Fort Worth, Texas 76102 | John Deer<br>6400 NW 86th Street<br>Johnston, IA 50131-6600 |
| Ally Financial<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | Fleetmatics<br>P.O. Box 347472<br>Pitssburgh, PA 15251-4472 | Laredo Discount Metals<br>P.O. Box 3032<br>Laredo, Texas 78044 |
| AmeriGas<br>P.O.Box 371473<br>Pittsburgh, PA 15250-7473 | Ford Credit<br>P.O. Box 650575<br>Dallas, Texas 75265-0575 | Laredo Medical Center<br>P.O. Box 849076<br>Dallas, Texas 75284-9076 |
| Arturo Lopez<br>305 Irene Drive<br>Zapata, Texas 78076 | Frio County Appraisal  District<br>P.O. Box 1129<br>Pearsall, Texas 78061-1129 | MAAG Supply<br>112 Pump Rd.<br>6602 Stop 66A<br>Zapata, Texas 78076 |
| AT&T Capital Services Inc.<br>13160 Collections Center Drive<br>Chicago, IL 60693 | Frio Reginal Hospital<br>200 S. IH 35<br>Pearson, Texas 780461 | Materiales Pena, LLC<br>4941 East Highway 83<br>Escobares, Texas 78584 |
| AT&T Mobility Corp./SHV<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | Grainger<br>P.O. Box 419267<br>Kansas City, MO 64141-6267 | Mission Vaccum & Pump Truck Ser<br>P.O. Box 1935<br>Mission, Texas 78573 |
| BackDraft Magazine<br>1216 E. Kenosha St., Ste. 156<br>Broken Arrow, OK 74012 | Holt CAT<br>P.O. Box 911975<br>Dallas, Texas 75391-1975 | Moises Maravilla<br>2201 E. Ingle Rd.<br>Edinburg, Texas 78542 |
| Chase Auto Finance<br>P.O. Box 901076<br>Forth Worth, Texas 76101-2076 | Internal Revenue Service<br>300 E. 8th Street<br>M/S 5026 AUS<br>Austin, Texas 78701 | Napa Auto Parts Hallettsville<br>212 N. Main<br>Hallettsville, Texas 77964 |
| Compass Bank<br>P.O. Box 192<br>Birmingham, AL 35201-0192 | J & J Pipe & Supply, Inc.<br>P.O. Box 276<br>Ganado, Texas 77962 | PC Medina Computer Repair Solut<br>7002 Pradera Ln.<br>Palmview, Texas 78572 |
| DCSJ Transportation<br>P.O. Box 239<br>Cotulla, Texas 78014 | Jesse's Start Muffler & Truck,<br>300 North McColl Rd.<br>McAllen, Texas 78501 | Peter Venegas, Inc./STWS<br>P.O. Box 451804<br>Laredo, Texas 78045 |

Debtor(s): **Hawk Oil Field Service, Inc. (S/B/M to R R**   Case No:                                                    **SOUTHERN DISTRICT OF TEXAS**
**Rental Service, LLP/Horizonte Investments,**   Chapter: **11**                                                 **LAREDO DIVISION**

Pitney Bowes/Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Texas Tandem Trucking, Ltd.
C/O Dick Harris
P.O. Box 3835
Abilene, Texas 79604-3835

Zapata Co. & ZISD Tax Assessor
200 E. 7th Ave., Suite 226
Zapata, Texas 78076-2959

Prax Air Distribution
3419 Clark Blvd.
Laredo, Texas 2289.39

The APB Magazine
505 Eighth Ave., Ste. 1004
New York, 10018

Zapata National Bank
P.O. Box 100
7th and Hidalgo Blvd.
Zapata, Texas 78076

Pueblo Tires & Service
1919 W. Business 83
McAllen, Texas 78501

The Deputy's Association
15634 Wallisville Rd., Ste. 800
Houston, Texas 77049

Rio Grande Valley Emergency Phy
6316 N. 10th Street
McAllen, Texas 78504

Time Warner Cable
P.O. Box 60074
City of Industry, CA 91716-0074

Roberto Collett
314 Lake Shore Drive
Zapata, Texas 78076

Tractor Supply Co.
P.O. Box 689020
Des Moines, IA 50368-9020

Sherwin-Williams
1111 Hillside Rd.
Laredo, Texas 78041

UniFirst Corporation Location #
c/o Kyle E. Niell, P.C.
11550 W. IH-10, Ste. 287
San Antonio, Texas 78230-1063

Silva Housemovers & Company, In
P.O. Box 428
Mission, Texas 78573

United Rentals, Inc.
P.O. Box 840514
Dallas, Texas 75284-0514

TD Auto Finance
2777 Frankline Rd.
Farmington Hills, MI 48334

Villarreal LP Gas
P.O. Box 3234
Zapata, Texas 78076

Team Housing Solutions, Inc.
1619 Common St., Ste. 101
New Braunfels, Texas 78130-3453

Vivint
4931 North 300 West
Provo, UT 84604

Texas Fleet Supply
P.O. Box 6026
Austin, Texas 78762-6026

Wells Fargo Bank
Business Customer Care
P.O. Box 348750
Sacramento, CA 95834

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE:                                                      CHAPTER   **11**

**Hawk Oil Field Service, Inc. (S/B/M to R R Rental Service,**
**LLP/Horizonte Investments, LLC)**


DEBTOR(S)                                                   CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Roberto Lopez 405 Jackson Street Zapata, Texas 78076 | Common | 1000 | Shares of Common Stock |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**5/17/2016**_____     Signature:__**/s/ Roberto Lopez**_____
                                                              *Roberto Lopez*
                                                              **President**

Abel Garcia
P.O. Box 401
Cotulla, Tx 78014

Equify Financial, L.L.C.
777 Main Street, Ste. 3900
Fort Worth, Texas 76102

John Deer
6400 NW 86th Street
Johnston, IA 50131-6600


Ally Financial
P.O. Box 9001948
Louisville, KY 40290-1948

Fleetmatics
P.O. Box 347472
Pitssburgh, PA 15251-4472

Laredo Discount Metals
P.O. Box 3032
Laredo, Texas 78044


AmeriGas
P.O.Box 371473
Pittsburgh, PA 15250-7473

Ford Credit
P.O. Box 650575
Dallas, Texas 75265-0575

Laredo Medical Center
P.O. Box 849076
Dallas, Texas 75284-9076


Arturo Lopez
305 Irene Drive
Zapata, Texas 78076

Frio County Appraisal
District
P.O. Box 1129
Pearsall, Texas 78061-1129

MAAG Supply
112 Pump Rd.
6602 Stop 66A
Zapata, Texas 78076


AT&T Capital Services Inc.
13160 Collections Center Drive
Chicago, IL 60693

Frio Reginal Hospital
200 S. IH 35
Pearson, Texas 780461

Materiales Pena, LLC
4941 East Highway 83
Escobares, Texas 78584


AT&T Mobility Corp./SHV
P.O. Box 6463
Carol Stream, IL 60197-6463

Grainger
P.O. Box 419267
Kansas City, MO 64141-6267

Mission Vaccum & Pump Truck
Services
P.O. Box 1935
Mission, Texas 78573


BackDraft Magazine
1216 E. Kenosha St., Ste. 156
Broken Arrow, OK 74012

Holt CAT
P.O. Box 911975
Dallas, Texas 75391-1975

Moises Maravilla
2201 E. Ingle Rd.
Edinburg, Texas 78542


Chase Auto Finance
P.O. Box 901076
Forth Worth, Texas 76101-2076

Internal Revenue Service
300 E. 8th Street
M/S 5026 AUS
Austin, Texas 78701

Napa Auto Parts Hallettsville
212 N. Main
Hallettsville, Texas 77964


Compass Bank
P.O. Box 192
Birmingham, AL 35201-0192

J & J Pipe & Supply, Inc.
P.O. Box 276
Ganado, Texas 77962

PC Medina Computer Repair
Solutions
7002 Pradera Ln.
Palmview, Texas 78572


DCSJ Transportation
P.O. Box 239
Cotulla, Texas 78014

Jesse's Start Muffler & Truck,
Inc.
300 North McColl Rd.
McAllen, Texas 78501

Peter Venegas, Inc./STWS
P.O. Box 451804
Laredo, Texas 78045

Pitney Bowes/Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Prax Air Distribution
3419 Clark Blvd.
Laredo, Texas 2289.39

Pueblo Tires & Service
1919 W. Business 83
McAllen, Texas 78501

Rio Grande Valley Emergency
Physicians
6316 N. 10th Street
McAllen, Texas 78504

Roberto Collett
314 Lake Shore Drive
Zapata, Texas 78076

Sherwin-Williams
1111 Hillside Rd.
Laredo, Texas 78041

Silva Housemovers & Company,
Inc.
P.O. Box 428
Mission, Texas 78573

TD Auto Finance
2777 Frankline Rd.
Farmington Hills, MI 48334

Team Housing Solutions, Inc.
1619 Common St., Ste. 101
New Braunfels, Texas 78130-
3453

Texas Fleet Supply
P.O. Box 6026
Austin, Texas 78762-6026

Texas Tandem Trucking, Ltd.
C/O Dick Harris
P.O. Box 3835
Abilene, Texas 79604-3835

The APB Magazine
505 Eighth Ave., Ste. 1004
New York, 10018

The Deputy's Association
15634 Wallisville Rd., Ste.
800-188
Houston, Texas 77049

Time Warner Cable
P.O. Box 60074
City of Industry, CA 91716-
0074

Tractor Supply Co.
P.O. Box 689020
Des Moines, IA 50368-9020

UniFirst Corporation Location
#816
c/o Kyle E. Niell, P.C.
11550 W. IH-10, Ste. 287
San Antonio, Texas 78230-1063

United Rentals, Inc.
P.O. Box 840514
Dallas, Texas 75284-0514

Villarreal LP Gas
P.O. Box 3234
Zapata, Texas 78076

Vivint
4931 North 300 West
Provo, UT 84604

Wells Fargo Bank
Business Customer Care
P.O. Box 348750
Sacramento, CA 95834

Zapata Co. & ZISD Tax Assessor
Collector
200 E. 7th Ave., Suite 226
Zapata, Texas 78076-2959

Zapata National Bank
P.O. Box 100
7th and Hidalgo Blvd.
Zapata, Texas 78076